B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Campbell, Craig Lyle** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Webster-Campbell, Kim Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7649** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0400** |
| Street Address of Debtor (No. and Street, City, and State):<br>**17 W. 724 Butterfield Road**<br>**Unit 2-218**<br>**Oak Brook Terrace, IL**    ZIP Code **60181** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**17 W. 724 Butterfield Road**<br>**Unit 2-218**<br>**Oak Brook Terrace, IL**    ZIP Code **60181** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>   ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."     ■ Debts are primarily
business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Campbell, Craig Lyle** <br> **Webster-Campbell, Kim Ann** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)**                                                                                    Page 3

| | |
|---|---|
| ## Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Campbell, Craig Lyle**<br>**Webster-Campbell, Kim Ann** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Craig Lyle Campbell**
Signature of Debtor **Craig Lyle Campbell**

X **/s/ Kim Ann Webster-Campbell**
Signature of Joint Debtor **Kim Ann Webster-Campbell**

Telephone Number (If not represented by attorney)

**November 11, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ John M. Brom**
Signature of Attorney for Debtor(s)

**John M. Brom 06206647**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

_____
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**
Telephone Number

**November 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer).(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Craig Lyle Campbell**
        **Kim Ann Webster-Campbell**

                                      Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Craig Lyle Campbell**
                        **Craig Lyle Campbell**

Date:    **November 11, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Craig Lyle Campbell**
    **Kim Ann Webster-Campbell**                  Case No. _____

                                    Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                              Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                          Page 2

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Kim Ann Webster-Campbell**
                      **Kim Ann Webster-Campbell**
Date:  **November 11, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Craig Lyle Campbell,**
       **Kim Ann Webster-Campbell**

Case No. _____

              Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 560,000.00 | | |
| B - Personal Property | Yes | 9 | 5,172,859.83 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 65,353,046.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 207,152.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 16,400,451.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,582.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,024.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 5,732,859.83 | | |
| Total Liabilities | | | | 81,960,650.16 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Craig Lyle Campbell,**
**Kim Ann Webster-Campbell**                                    Case No. _____

_____,
                                    Debtors                    Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Craig Lyle Campbell,**                                              Case No. _____
        **Kim Ann Webster-Campbell**
                                                        ,
                                            Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **15684 E. 2200 North Road Danville, IL  61834** | **Fee simple** | J | 289,000.00 | 402,000.00 |
| **1124 Wilkin Road Danville, IL  61832** | **Jnt Tenants, Survivorship Rghts in Benf Interst in 1st Ntl Bk Danville #2008 Land Trust** | J | 5,000.00 | 0.00 |
| **1126 Wilkin Road Danville, IL  61832** | **Jnt Tenants, Survivorship Rghts in Benf Interst in 1st Ntl Bk Danville #2008 Land Trust** | J | 52,000.00 | 0.00 |
| **1134 Wilkin Road Danville, IL  61832 (29+ acres) **Thistlewood, LLC. is the 100% Beneficial owner; Debtors are 100% members of Thistlewood, LLC.**** | **Legal Title held by First National Bank of Danville, Trustee under Trust #2000C.** | J | 60,000.00 | 1,821,983.00 |
| **Girl Scout property Danville, IL  61832 (21+ acres) **Thistlewood, LLC. is the 100% Beneficial owner; Debtors are 100% members of Thistlewood, LLC.** ***See 1134 Wilkin Road for amount of secured claim**** | **Legal Title held by First National Bank of Danville, Trustee under Trust #2000C.** | J | 40,000.00 | Unknown |
| **Chateau Property Danville, IL  61832 (21+ acres, lake front) **Thistlewood, LLC. is the 100% Beneficial owner; Debtors are 100% members of Thistlewood, LLC.** ***See 1134 Wilkin Road for amount of secured claim**** | **Legal Title held by First National Bank of Danville, Trustee under Trust #2000C.** | J | 25,000.00 | Unknown |

Sub-Total >    471,000.00    (Total of this page)

  **1**    continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **Craig Lyle Campbell,**
**Kim Ann Webster-Campbell**
_____,
Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **152 S. Gilbert Street or 48 S. Gilbert River Flood Plain Danville, IL  61832 (47 acres) \*\*Craig Campbell 50%, Kim Webster-Campbell 50%, membership in Vermilion Riverfront, LLC.\*\*** | **100% Vermilion Riverfront, LLC benf interest in Land Trst #5366, 1st Natl Bnk Danville** | J | 24,000.00 | 0.00 |
| **2150 North Road Danville, IL  61832 (16.7 acres) \*\*Installment contract for sale of real estates.\*\*** | **First Natl Bk Danville, Trustee u/t #5368, purchaser; Debtors are benf interest holders** | J | 30,000.00 | 140,000.00 |
| **Walnut Hill Road Danville, IL  61834 \*\*The 100% beneficiary of the land trust is Denmark Ventures, LLC; Debtors are the members of Denmark Ventures, LLC.\*\*** | **Legal title held by First National Bank of Danville as Trustee under Trust #5367** | J | 15,000.00 | 96,951.00 |
| **Bayview Lot #41 Danville, IL  61832 (4.377 acres) \*\*Debtors are 100% beneficiaries with their children as contingent beneficiaries\*\*** | **Legal title held by First National Bank of Danville as Trustee under Trust #5362** | J | 20,000.00 | 2,453,000.00 |

|  | Sub-Total > | 89,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 560,000.00 |  |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Craig Lyle Campbell,**  
 **Kim Ann Webster-Campbell**  

Case No. _____

_____,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Credit Union One Savings (. . . 8474)** | W | 5.00 |
| | | | **Credit Union One Checking (. . . 8474)** | W | 29.00 |
| | | | **RBC Wealth Management (. . . 6574)** | J | 0.00 |
| | | | **RBC Wealth Management (. . . 6573)** | - | 0.00 |
| | | | **Robert W. Baird  (. . . 0925) **minor child account by Craig L. Campbell, as custodian**** | - | 136,847.00 |
| | | | **RBC Wealth Management **minor child account by Kim A. Webster-Campbell, as custodian**** | - | 13,329.00 |
| | | | **RBC Wealth Management **minor child account by Craig L. Campbell, as custodian**** | - | 64,149.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Versailles Oak Brook 17 W. 720 Butterfield Oak Brook Terrace, IL** | J | 600.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 6,300.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Library of used books** | J | 1,000.00 |
| 6. | Wearing apparel. | | **Wearing Apparel** | J | 1,000.00 |
| 7. | Furs and jewelry. | X | | | |

|  | Sub-Total > | 223,459.00 |
|---|---|---|
|  | (Total of this page) | |

__8__   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Craig Lyle Campbell,**                                                        Case No. _____
        **Kim Ann Webster-Campbell**
_____,
                                         Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Miscellaneous fishing poles, camcorder, camera, golf clubs** | **J** | **500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Northwestern Mutual whole life (. . . 8982)** | **H** | **88,019.00** |
| | | **Northwestern Mutual whole life (. . . 1257)** | **H** | **29,598.83** |
| | | **The Craig L. Campbell Life Insurance Trust dated November 15, 2007** **\*\*Irrevocable life insurance trust holding term insurance policies totalling $20,000,000 under John Hancock Policy No. 81 538 811\*\*** | **H** | **0.00** |
| | | **The Kim A. Webster-Campbell Life Insurance Trust dated November 16, 2007** **\*\*Irrevocable life insurance trust holding term insurance policies totalling $20,000,000 under AXA Equitable Policy No. 107 030 283\*\*** | **W** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Stifel Nicolaus Custodian for Craig L. Campbell SEP IRA** **Universal Simplified Employee Pension Plan Acct # (. . . 2966)** | **H** | **2,002,088.00** |
| | | **Merrill Lynch** **MLPF & S Cust FPO** **Craig L. Campbell IRRA** **FBO Craig L. Campbell** **Individual Rollover Retirement, Account IRRA ( . . . 0050)** | **H** | **272,145.00** |
| | | **Kim Webster Campbell** **Roth IRA** **RBC Capital Markets Corp Cust** **(. . . 6792)** | **W** | **119,301.00** |

Sub-Total >                **2,511,651.83**
(Total of this page)

Sheet __1__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Craig Lyle Campbell,**
**Kim Ann Webster-Campbell**
_____,
Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Merrill Lynch**<br>**MLPF & S Cust FPO**<br>**Kim A. Campbell IRRA**<br>**FBO Kim A. Campbell**<br>**Individual Rollover Retirement, Account IRRA ( . . . 0051)** | **W** | **250,402.00** |
| | | **University Retirement Account ( . . . 4255)**<br>**Ms. Kim A. Campbell** | **W** | **6,560.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Founders Group, Inc.**<br>**Worth, IL**<br>**Bank holding company**<br>  **Subsidiaries:**<br>  **Vermilion Holdings, Inc. - bank holding company for First National Bank of Danville**<br>  **First National Bank of Danville - National Bank**<br>  **Founders Bank - Illinois Chartered Bank**<br>  **\*\*8.78% Husband; 0.067% Wife interest** | **J** | **Unknown** |
| | | **Peotone Bancorp, Inc.**<br>**Peotone, IL**<br>**Bank holding company**<br>**Subsidiary:**<br>  **Peotone Bank and Trust Company - Illinois Chartered Bank**<br>  **Rock River Bancorporation, Inc. - bank holding company**<br>  **Rock River Bank of Oregon - Illinois Chartered Bank**<br>  **\*\*1.09% interest** | **H** | **Unknown** |
| | | **Iroquois Bancorp, Inc.**<br>**Gilman, IL**<br>**Bank holding company**<br>**Subsidiary:**<br>  **First National Bank of Gilman - National Bank**<br>  **\*\*34.45% interest** | **H** | **Unknown** |
| | | **Scott County Bancorp, Inc.**<br>**Winchester, IL**<br>**Bank holding company**<br>**Subsidiary:**<br>  **First State Bank of Winchester - Illinois Chartered Bank**<br>  **\*\*26.56% interest** | **H** | **Unknown** |

Sub-Total >    **256,962.00**
(Total of this page)

Sheet __2__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Craig Lyle Campbell,**
    **Kim Ann Webster-Campbell**
                                       ,
                      Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Terrapin Bancorp, Inc.**<br>**Elizabeth, IL**<br>**Bank holding company**<br>**Subsidiary:**<br>  **Elizabeth State Bank - Illinois Chartered Bank**<br>  **\*\*.31% interest** | H | Unknown |
| | | **JW Bancorp, Inc.**<br>**Clinton, IL**<br>**Bank holding company**<br>**Subsidiary:**<br>  **John Warner Financial Corporation - Bank holding company**<br>  **Subsidiary:**<br>  **The John Warner Bank - Illinois Chartered Bank**<br>  **\*\*500 shares of preferred stock issue** | H | Unknown |
| | | **Legacy Integrity Group, Inc.**<br>**Scottsdale, AZ**<br>**Bank holding company**<br>**Subsidiary:**<br>  **Legacy Bank - Arizona Chartered Bank**<br>  **\*\*possible interests through ownership in above listed holding companies** | H | Unknown |
| | | **ANTS Software, Inc.**<br>**San Francisco, CA**<br>  **\*\*Debtor interest:  .405 per share**<br>    **1,575,000 preferred stock (convertible 4,500,000 common shares)**<br>    **420,939 shares of common stock**<br>    **437,500 shares via option (unexercised)**<br>    **38,839 shares via warrants (unexercised)** | H | Unknown |
| | | **American Med Imaging Services, Inc.**<br>**Wheaton, IL**<br>  **\*\*25% interest** | H | 0.00 |
| | | **OTHENTEC Ltd.**<br>**London**<br>  **\*\*1,000,000 shares**<br>    **2325 Dulles Corner Blvd.**<br>    **Suite 500**<br>    **Henderson, VA 20171** | H | Unknown |
| | | **Groen Brothers Aviation, Inc.**<br>**Salt Lake City, UT**<br>  **\*\*50,000 shares** | H | 1,450.00 |

Sub-Total >        **1,450.00**
(Total of this page)

Sheet  **3**  of  **8**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Craig Lyle Campbell,**                                      Case No. _____
      **Kim Ann Webster-Campbell**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Las Vegas Television Network, Inc.**<br>**Las Vegas, NV**<br>  **\*\*250,000 shares** | **H** | **Unknown** |
| | | **Thistlewood, LLC**<br>  **\*\*50% interest** | **H** | **62,500.00** |
| | | **Thistlewood, LLC.**<br>  **\*\*50% interest** | **W** | **62,500.00** |
| | | **Denmark Ventures, LLC.**<br>  **\*\*50% interest** | **H** | **7,500.00** |
| | | **Denmark Ventures, LLC.**<br>  **\*\*50% interest** | **W** | **7,500.00** |
| | | **Vermilion River Front, LLC.**<br>  **\*\*50% interest** | **H** | **12,000.00** |
| | | **Vermilion River Front, LLC.**<br>  **\*\*50% interest** | **W** | **12,000.00** |
| | | **OPAR, LLC.**<br>  **\*\*50% interest** | **H** | **94,000.00** |
| | | **OPAR, LLC.**<br>  **\*\*50% interest** | **W** | **94,000.00** |
| | | **Campbell Fixed Income Fund, LLC.**<br>  **\*\*100% OPAR owned, see OPAR values** | **-** | **Unknown** |
| | | **Campbell Capital Management, LLC.**<br>  **\*\*100% OPAR** | **-** | **0.00** |
| | | **Campbell Capital Advisors, LLC.**<br>  **\*\*100% OPAR** | **-** | **0.00** |
| | | **C&R Trups, LLC.**<br>  **\*\*25% interest** | **H** | **9,250.00** |
| | | **C&R Trups, LLC.**<br>  **\*\*25% interest** | **W** | **9,250.00** |
| | | **Hales Cornors, LLC.**<br>  **\*\*100% American Med Imaging Services Inc.** | **-** | **0.00** |
| | | **74HH, LLC.**<br>  **\*\*100% owned by Campbell International Aviation, LLC.** | **-** | **0.00** |

|  | Sub-Total >  | **370,500.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet __4__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Craig Lyle Campbell,**
    **Kim Ann Webster-Campbell**
Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Campbell International Aviation, LLC.** **\*\*50% interest** | H | **Unknown** |
| | | **Campbell International Aviation, LLC.** **\*\*50% interest** | W | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Campbell Income Fund, LLP.** **\*\*77% interest** | J | **384,469.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Possible net 2007 and 2008 tax refund** | J | **300,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Northwestern Mutual Life Insurance Policy (. . . 8982)** **Irrevocable Life Insurance Trust of Lyle Campbell** | H | **88,019.00** |
| | | **Northwestern Mutual Life Insurance Policy (. . . 1257)** **Irrevocable Life Insurance Trust of Lyle Campbell** | H | **29,599.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Lawsuit by 74HH, LLC. v. Steven Fox for recovery of Gulf Stream III SP** | H | **700,000.00** |
| | | **Loans to American Med Imaging Services, Inc. and Hales Cornors MRI, LLC.** | H | **300,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total >    <b>1,802,087.00</b><br>(Total of this page)

Sheet __5__ of __8__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Craig Lyle Campbell,**
      **Kim Ann Webster-Campbell**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Ford Excursion** | J | 3,500.00 |
| | | **1986 Mercedes SDL** | H | 500.00 |
| | | **1987 Alfa Romero** | J | 500.00 |
| 26. Boats, motors, and accessories. | | **2005 Crestliner 25hp pontoon boat** | J | 2,000.00 |
| | | **Trailer** | J | 250.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Possible equity membership in Naples National Golf Club** | H | Unknown |

Sub-Total >          6,750.00
(Total of this page)

Sheet  __6__  of  __8__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Craig Lyle Campbell,**                                                        Case No. _____
      **Kim Ann Webster-Campbell**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Possible equity membership in Butler National Golf Club**<br>  **\*\*interest estimated** | H | **Unknown** |
| | | **Lincolnway Bank**<br>**I-Preferred Term Security IV Ltd**<br>**Sub income Note purchased 9/24/07** | J | **Unknown** |
| | | **First Security Bank in Arkansas**<br>**Preferred Term Securities XXVIII**<br>**Subordinate income notes purchased 2/29/08** | J | **Unknown** |
| | | **Strategic Capital n/k/a Midland States Bank**<br>**MM Community Funding II Ltd.**<br>**Subordinate income notes purchased 3/30/05** | J | **Unknown** |
| | | **Strategic Capital n/k/a Midland States Bank**<br>**MM Community Funding III Ltd.**<br>**Subordinate income note purchased 3/30/05** | J | **Unknown** |
| | | **Strategic Capital n/k/a Midland States Bank**<br>**TPREF Funding II Ltd.**<br>**Subordinated income notes purchased 3/30/05** | J | **Unknown** |
| | | **Strategic Capital n/k/a Midland States Bank**<br>**Preferred Term Securities XX**<br>**Subordinate income notes purchased 12/15/05** | J | **Unknown** |
| | | **Strategic Capital n/k/a Midland States Bank**<br>**Preferred Term Securities XVII**<br>**Subordinate income notes purchased 3/17/05** | J | **Unknown** |
| | | **Strategic Capital n/k/a Midland States Bank**<br>**Preferred Term Securities XXIV**<br>**Subordinate income notes** | J | **Unknown** |
| | | **Strategic Capital n/k/a Midland States Bank**<br>**Tropic CDO V LTD Series 2006-1 6/28/07** | J | **Unknown** |
| | | **Heartland Bank & Trust**<br>**Tropic CDO V LTD Series 2006-1**<br>**Purchased 2/20/08**<br>  **\*\*C@R Trups** | J | **Unknown** |
| | | **Preferred Term Securities XXVII**<br>**Subordinate income notes purchased 12/3/07**<br>  **\*\*Campbell Income Fund, LP.** | J | **Unknown** |

Sub-Total >          **0.00**
(Total of this page)

Sheet __7__ of __8__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Craig Lyle Campbell,**
**Kim Ann Webster-Campbell**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Preferred Term Securities XVIII**<br>**Subordinate income notes purchased 3/9/07**<br>**\*\*Campbell Income Fund, LP.** | J | **Unknown** |
| | | **In CAPS Funding II LTD.**<br>**purchased 3/28/07**<br>**\*\*Campbell Income Fund, LP.** | J | **Unknown** |

Sub-Total >          **0.00**
(Total of this page)
Total >     **5,172,859.83**

Sheet __8__ of __8__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re **Craig Lyle Campbell,**                  Case No. _____

      **Kim Ann Webster-Campbell**

                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                       *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Credit Union One**<br>  **Savings (. . . 8474)** | **735 ILCS 5/12-1001(b)** | **5.00** | **5.00** |
| **Credit Union One**<br>  **Checking (. . . 8474)** | **735 ILCS 5/12-1001(b)** | **29.00** | **29.00** |
| **Robert W. Baird  (. . . 0925)**<br>  **\*\*minor child account by Craig L. Campbell, as custodian\*\*** | **760 ILCS 20/1 et seq. Illinois Uniform Transfers to Minors Act** | **136,847.00** | **136,847.00** |
| **RBC Wealth Management**<br>  **\*\*minor child account by Kim A. Webster-Campbell, as custodian\*\*** | **760 ILCS 20/1 et seq. Illinois Uniform Transfers to Minors Act** | **13,329.00** | **13,329.00** |
| **RBC Wealth Management**<br>  **\*\*minor child account by Craig L. Campbell, as custodian\*\*** | **760 ILCS 20/1 et seq. Illinois Uniform Transfers to Minors Act** | **64,149.00** | **64,149.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **6,300.00** | **6,300.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Library of used books** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Miscellaneous fishing poles, camcorder, camera, golf clubs** | **735 ILCS 5/12-1001(b)** | **466.00** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **Northwestern Mutual**<br>  **whole life (. . . 8982)** | **735 ILCS 5/12-1001(f)** | **88,019.00** | **88,019.00** |
| **Northwestern Mutual**<br>  **whole life (. . . 1257)** | **735 ILCS 5/12-1001(f)** | **29,598.83** | **29,598.83** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Stifel Nicolaus Custodian for Craig L. Campbell SEP IRA**<br>**Universal Simplified Employee Pension Plan**<br>**Acct # (. . . 2966)** | **735 ILCS 5/12-1006** | **2,002,088.00** | **2,002,088.00** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Craig Lyle Campbell,**
**Kim Ann Webster-Campbell**

Case No. _____

_____,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Merrill Lynch**<br>**MLPF & S Cust FPO**<br>**Craig L. Campbell IRRA**<br>**FBO Craig L. Campbell**<br>**Individual Rollover Retirement, Account IRRA ( . . . 0050)** | **735 ILCS 5/12-1006** | **272,145.00** | **272,145.00** |
| **Kim Webster Campbell**<br>**Roth IRA**<br>**RBC Capital Markets Corp Cust**<br>**(. . . 6792)** | **735 ILCS 5/12-1006** | **119,301.00** | **119,301.00** |
| **Merrill Lynch**<br>**MLPF & S Cust FPO**<br>**Kim A. Campbell IRRA**<br>**FBO Kim A. Campbell**<br>**Individual Rollover Retirement, Account IRRA ( . . . 0051)** | **735 ILCS 5/12-1006** | **250,402.00** | **250,402.00** |
| **University Retirement Account (. . . 4255)**<br>**Ms. Kim A. Campbell** | **735 ILCS 5/12-1006** | **6,560.00** | **6,560.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2000 Ford Excursion** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,500.00** |

Total: **2,993,838.83** **2,994,972.83**

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Craig Lyle Campbell,**                                              Case No. _____
         **Kim Ann Webster-Campbell**
                                                      ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **86955, 04780, 89286**<br><br>**Bank of America**<br>**231 S. LaSalle St.**<br>**Chicago, IL 60604** | X | J | **Various Loans secured by Stock in:**<br>**- Founders Group, Inc.**<br>**- Peotone Bancorp, Inc.**<br>**- Iroquois Bancorp, Inc.**<br>**- Scott County Bancorp, Inc.**<br>**- JW Bancorp, Inc.**<br><br>Value $       **Unknown** | | | | **47,000,000.00** | **Unknown** |
| Account No.<br><br>**Banterra Bank**<br>**c/o James L. Van Winkle**<br>**301 S. Jackson St.**<br>**Mc Leansboro, IL 62859-0337** | X | H | **Loan 2008, secured by loan purcahsed by Debtor from First National Bank of Danville in that loan is collateralized by a trust preferred security.**<br><br><br>Value $       **Unknown** | | | | **3,068,559.75** | **Unknown** |
| Account No. **0031217631**<br><br>**Cenlar Mortgage**<br>**P.O. Box 211091**<br>**Egan, MN 55121** | | J | **First Mortgage**<br><br>**15684 E. 2200 North Road**<br>**Danville, IL  61834**<br><br>Value $       **289,000.00** | | | | **401,427.61** | **112,427.61** |
| Account No. **602096**<br><br>**First National Bank of Gilman**<br>**a/k/a Prospect Bank**<br>**209 S. Cresent St.**<br>**Gilman, IL 60938** | X | J | **Mortgage**<br>**Walnut Hill Road**<br>**Danville, IL  61834**<br>**\*\*The 100% beneficiary of the land trust is Denmark Ventures, LLC; Debtors are the members of Denmark Ventures, LLC.\*\***<br><br>Value $       **15,000.00** | | | | **96,951.00** | **81,951.00** |

  **2**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **50,566,938.36** | **194,378.61** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Craig Lyle Campbell,**                                           Case No. _____
         **Kim Ann Webster-Campbell**
_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **012777**<br><br>**First Security Bank**<br>**17810 Cantrell Road**<br>**Little Rock, AR 72223** | | J | 2/29/08, security number XXVI II, KAC/CLC and Debtors' interest in Campbell Income Fund, LP.<br><br>Value $ **Unknown** | | | | **1,514,654.00** | **Unknown** |
| Account No. **CAA2344**<br><br>**Heartland Bank & Trust Company**<br>**3501 W. War Memorial Drive**<br>**Peoria, IL 61615** | X | J | 02/2008, lien and trust preferred security named Tropic V and Bayview Lot 41 mortgage<br><br>Value $ **37,500.00** | | | | **2,453,000.00** | **2,415,500.00** |
| Account No.<br><br>**Lincolnway Community Bank**<br>**1000 E. Lincoln Highway**<br>**New Lenox, IL 60451** | | J | 10/07 secured by Security IV; creditor has charging orders as to Debtors' distributional interests in OPAR, LLC., Campbell Fixed Income Fund, LLC. and Campbell Income Fund, LP.<br><br>Value $ **Unknown** | | | | **2,563,550.00** | **Unknown** |
| Account No. **620092**<br><br>**Strategic Capital Bank**<br>**n/k/a Midland States Bank**<br>**133 W. Jefferson**<br>**Effingham, IL 62401** | X | J | 6/3/08, Securities and Convertable Preferred Note related to ANTS Software, Inc. stock and other securities listed in #35 of Schedule B.<br><br>Value $ **Unknown** | | | | **3,432,921.00** | **Unknown** |
| Account No. **619892**<br><br>**Strategic Capital Bank**<br>**n/k/a Midland States Bank**<br>**133 W. Jefferson**<br>**Effingham, IL 62401** | X | J | 7/31/08, 357,100 shares ANTS Software, Inc. stock<br><br>Value $ **Unknown** | | | | **3,000,000.00** | **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**12,964,125.00** | **2,415,500.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Craig Lyle Campbell,**
    **Kim Ann Webster-Campbell**
                                     ,
                       Debtors

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **144519** | | | | Mortgage | | | | | |
| **The Elizabeth State Bank a/k/a Galena State Bank 151 N. Main Street Elizabeth, IL 61028** | X | J | | **1134 Wilkin Road Danville, IL (29+ acres); Girl Scout Property, Danville, IL (21+ acres); Chateau Property, Danville, IL (21+ acres, lake front)** | | | | | |
| | | | | Value $       **125,000.00** | | | | **1,821,983.00** | **1,696,983.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,821,983.00 | 1,696,983.00 |
| Total (Report on Summary of Schedules) | 65,353,046.36 | 4,306,861.61 |

B6E (Official Form 6E) (4/10)

.

In re   **Craig Lyle Campbell,**                                              Case No. _____
       **Kim Ann Webster-Campbell**
_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Craig Lyle Campbell,**
**Kim Ann Webster-Campbell**
Case No. _____

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 2008 tax return | | | | | |
| **Illinois Department of Revenue** **P.O. Box 19084** **Springfield, IL 62794-9084** | | J | | | | | | | 0.00 |
| | | | | | | | | 25,559.00 | 25,559.00 |
| Account No. | | | | 2008 tax return | | | | | |
| **Internal Revenue Service** **Department of the Treasury** **Cincinnati, OH 45999-0030** | | J | | | | | | | 0.00 |
| | | | | | | | | 181,593.00 | 181,593.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
| | | 207,152.00 | 207,152.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 207,152.00 | 207,152.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **Craig Lyle Campbell,**
      **Kim Ann Webster-Campbell**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**74HH LLC** <br>**2675 Palmer Street** <br>**Suite F** <br>**Missoula, MT 59808** | | J | Contingent corporate obligation | X | | X | **Unknown** |
| Account No. <br><br>**American Med Imaging Services, Inc.** <br>**1616 E. Roosevelt Road** <br>**Suite 1** <br>**Wheaton, IL 60187** | | J | Contingent corporate obligation | X | | X | **Unknown** |
| Account No. <br><br>**Andy Robinson** <br>**1132 Clairemont Lane** <br>**Burleson, TX 76028** | | J | Co-executive, co-member, co-shareholder, co-guarantor | | | | **Unknown** |
| Account No. <br><br>**ANTs Software Inc.** <br>**71 Stevenson St.** <br>**Suite 400** <br>**San Francisco, CA 94105** | | J | Contingent corporate obligation | X | | X | **Unknown** |

__12__ continuation sheets attached

Subtotal
(Total of this page)  **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      S/N:33609-100510   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Craig Lyle Campbell,**                                      Case No. _____
       **Kim Ann Webster-Campbell**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **Areo Jet Services LLC 15290 N. 78th Way, Suite B100 Scottsdale, AZ 85260** | X | J | | **Contingent corporate obligation Jet maintenance** | X | | | 222,490.20 |
| Account No.  **Berry-Shino Securities, Inc. 15100 N. 78th Way Scottsdale, AZ 85258** | | J | | **Contingent corporate obligation** | X | | X | Unknown |
| Account No.  **Bonnie Robinson 1132 Clairmont Lane Burleson, TX 76028** | | J | | **Co-member, co-guarantor** | | | | Unknown |
| Account No.  **C&C Investment Group of Danville LLC 15684 E. 2200 North Road Danville, IL 61834** | | J | | **Contingent corporate obligation** | X | | X | Unknown |
| Account No.  **C@R Trups LLC 15684 E. 2200 North Road Danville, IL 61834** | | J | | **Contingent corporate obligation** | X | | X | Unknown |

Sheet no. __1__ of __12__ sheets attached to Schedule of        Subtotal        222,490.20
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Craig Lyle Campbell,**
       **Kim Ann Webster-Campbell**                                              Case No. _____

                                                              ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contingent corporate obligation | | | | |
| **Campbell Capital Advisors LLC** **15684 E. 2200 North Road** **Danville, IL 61834** | | J | | | X | | X | Unknown |
| Account No. | | | | Contingent corporate obligation | | | | |
| **Campbell Capital Management LLC** **15684 E. 2200 North Road** **Danville, IL 61834** | | J | | | X | | X | Unknown |
| Account No. | | | | Contingent corporate obligation | | | | |
| **Campbell Fixed Income Fund, LLC** **221 N. LaSalle St.** **#1137** **Chicago, IL 60601** | | J | | | X | | X | Unknown |
| Account No. | | | | Contingent corporate obligation | | | | |
| **Campbell Income Fund LP** **221 N. LaSalle Street** **#1137** **Chicago, IL 60601** | | J | | | X | | X | Unknown |
| Account No. | | | | Contingent corporate obligation | | | | |
| **Campbell International Aviation LLC** **15684 E. 2200 North Road** **Danville, IL 61834** | | J | | | X | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __2___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Craig Lyle Campbell,**  
     **Kim Ann Webster-Campbell**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Contingent corporate obligation | | | | |
| Denmark Ventures LLC 15684 E. 2200 North Road Danville, IL 61834 | | J | | | X | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Coborrower, co-executive, co-shareholder, co-guarantor | | | | |
| Doug L. Campbell 25 Ironwood Court Frankfort, IL 60423 | | J | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Legal services | | | | |
| Dykema Gossett PLLC 400 Renaissance Center Detroit, MI 48243 | | J | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Unknown claims on seized institutions | | | | |
| Federal Deposit Insurance Corp 500 W. Monroe St Chicago, IL 60661 | | J | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Unknown possible claim | | | | |
| Federal Deposit Insurance Corp Attn: Gregory K. Watson 500 W. Monroe St., Ste. 3500 Chicago, IL 60661 | | J | | | | X | | |
| | | | | | | | | Unknown |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Craig Lyle Campbell,**
     **Kim Ann Webster-Campbell**
_____,
                                           Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Contingent corporate obligation | | | | |
| **First National Bank of Danville One Towne Centre Danville, IL 61832** | | | J | | | X | | X | **Unknown** |
| Account No. | | | | | Contingent corporate obligation | | | | |
| **First National Bank of Gilman 209 S. Crescent Gilman, IL 60938** | | | J | | | X | | X | **Unknown** |
| Account No. 677111 | | | | | 2/7/05 Unsecured LOC for Investment purposes | | | | |
| **First State Bank of Winchester nka First Nat'l Bank of Beardstown 1 North Side Square Winchester, IL 62694** | | | J | | | | | | **350,103.75** |
| Account No. | | | | | Contingent corporate obligation | | | | |
| **First State Bank of Winchester One Northside Square Winchester, IL 62694** | | | J | | | X | | X | **Unknown** |
| Account No. | | | | | Contingent corporate obligation | | | | |
| **Founders Bank 6825 W. 111th Street Worth, IL 60482** | | | J | | | X | | X | **Unknown** |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**350,103.75**

B6F (Official Form 6F) (12/07) - Cont.

In re **Craig Lyle Campbell,**
**Kim Ann Webster-Campbell**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contingent corporate obligation | | | | |
| **Founders Group, Inc.** **7103 W. 111th Street** **Worth, IL 60482** | | J | | X | | X | **Unknown** |
| Account No. | | | Contingent corporate obligation | | | | |
| **Hales Corners MRI, LLC** **1616 E. Roosevelt Road** **Suite 1** **Wheaton, IL 60187** | | J | | X | | X | **Unknown** |
| Account No. | | | Contingent corporate obligation | | | | |
| **Iroquois Bancorp, Inc.** **209 S. Crescent** **Gilman, IL 60938** | | J | | X | | X | **Unknown** |
| Account No. | | | Contingent corporate obligation Jet engine insurance fund | | | | |
| **Jet Support Services Inc.** **180 N. Stetson** **Chicago, IL 60601** | X | J | | X | | | **152,130.47** |
| Account No. 37964 | | | 9/24/03 Unsecured LOC for Investment purposes | | | | |
| **John Warner Bank** **nka State Bank of Lincoln** **508 Broadway** **Lincoln, IL 62656** | | J | | | | | **1,000,000.00** |

| | | |
|---|---|---|
| Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,152,130.47** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Craig Lyle Campbell,**
    **Kim Ann Webster-Campbell**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> John Warner Financial Corp <br> 301 S. Side Square <br> Clinton, IL 61727 | | J | Contingent corporate obligation | X | | X | Unknown |
| Account No. <br><br> JW Bancorp, Inc. <br> 7103 W. 111th St. <br> Worth, IL 60482 | | J | Contingent corporate obligation | X | | X | Unknown |
| Account No. <br><br> KPMG <br> 303 E. Wacker Drive <br> Chicago, IL 60601 | | J | Tax services | | | | Unknown |
| Account No. <br><br> Las Vegas TV <br> 6363 S. Pecos Rd <br> Suite 109 <br> Las Vegas, NV 89120 | | J | Contingent corporate obligation | X | | X | Unknown |
| Account No. 70001677 <br><br> Legacy Bank <br> 15100 N. 78th Way <br> Scottsdale, AZ 85258 | | J | 1/28/07 <br> Unsecured LOC for Investment purposes | | | | 3,100,000.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,100,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Craig Lyle Campbell,**
**Kim Ann Webster-Campbell**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | J | **Contingent corporate obligation** | X | | X | |
| **Legacy Bank** **15100 N. 78th Way** **Scottsdale, AZ 85258** | | | | | | | | **Unknown** |
| Account No. | | | J | **Contingent corporate obligation** | X | | X | |
| **Legacy Integrity Group, Inc.** **15100 N. 78th Way** **Scottsdale, AZ 85258** | | | | | | | | **Unknown** |
| Account No. | | | J | **Coborrower, co-executive, co-shareholder, co-guarantor, co-member** | | | | |
| **Lyle Campbell** **8525 Kerney Road** **Downers Grove, IL 60516** | | | | | | | | **Unknown** |
| Account No. | X | | J | **1/18/06** **Contingent corporate obligation** **Collateral originally a 52.45 acre of land in Tollison, AZ** | X | | | |
| **M&I Marshall & Ilsley Bank** **One East Camelback Road** **Phoenix, AZ 85012** | | | | | | | | **Unknown** |
| Account No. | | | J | **Co-borrower, co-executive, co-shareholder, co-guarantor, co-member** | | | | |
| **Nancy Campbell** **10281 E. Happy Valley Rd** **Scottsdale, AZ 85255** | | | | | | | | **Unknown** |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Craig Lyle Campbell,**　　　　　　　　　　　　　　　Case No. _____
　　　**Kim Ann Webster-Campbell**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Next Gen Partners, LLC c/o Helix AZ Investments 4425 N. 24th St, #225 Phoenix, AZ 85016** | X | J | | **3/3/09 Contingent corporate obligation Purchased note from M&I Tolleson Premier Properties purchase of land** | X | | | 7,000,000.00 |
| Account No. <br><br>**Opar LLC 15684 E. 2200 North Road Danville, IL 61834** | | J | | **Contingent corporate obligation** | X | | X | Unknown |
| Account No. <br><br>**Peotone Bancorp, Inc. 200 W. Corning Peotone, IL 60468** | | J | | **Contingent corporate obligation** | X | | X | Unknown |
| Account No. 1400083310 <br><br>**Peotone Bank and Trust nka First Midwest Bank 200 W. Corning Peotone, IL 60468** | | J | | **4/16/02 Unsecured LOC for Investment purposes** | | | | 2,600,000.00 |
| Account No. <br><br>**Peotone Bank and Trust 200 W. Corning Peotone, IL 60468** | | J | | **Contingent corporate obligation** | X | X | X | Unknown |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　9,600,000.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Craig Lyle Campbell,**                                           Case No. _____
         **Kim Ann Webster-Campbell**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contingent corporate obligation | | | | |
| Phoenix Open MRI, LLC. 1616 E. Roosevelt Road Suite 1 Wheaton, IL 60187 | | J | | X | | X | Unknown |
| Account No. | | | Contingent corporate obligation | | | | |
| Rialto II LLC 2925 E. Page Ave. Gilbert, AZ 85234 | | J | | X | | X | Unknown |
| Account No. | | | Contingent corporate obligation | | | | |
| Rock River Bancorporation, Inc. 101 S. Fourth St. Oregon, IL 61061 | | J | | X | | X | Unknown |
| Account No. **12015** | | | **3/10/05** **Unsecured LOC for Investment purposes** | | | | |
| Rock River Bank of Oregon nka Harvard State Bank 101 S. Fourth St Oregon, IL 61061 | | J | | | | | 1,809,468.31 |
| Account No. | | | Contingent corporate obligation | | | | |
| Rock River Bank of Oregon 101 S. Fourth St. Oregon, IL 61061 | | J | | X | | X | Unknown |

Sheet no. __9__ of __12__ sheets attached to Schedule of                      Subtotal | 1,809,468.31
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Craig Lyle Campbell,**
       **Kim Ann Webster-Campbell**                                        Case No. _____

_____,
                                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contingent corporate obligation | | | | |
| **Rock Springs Medical Services, Inc.** **1616 E. Roosevelt Road** **Suite 1** **Wheaton, IL 60187** | | J | | | X | | X | **Unknown** |
| Account No. | | | | Co-borrower, co-executive, co-shareholder, co-guarantor, co-member | | | | |
| **Scott Campbell** **10514 Williamsburg Trail** **Frankfort, IL 60423** | | J | | | | | | **Unknown** |
| Account No. | | | | Contingent corporate obligation | | | | |
| **Scott County Bancorp, Inc.** **One Northside Square** **Winchester, IL 62694** | | J | | | X | | X | **Unknown** |
| Account No. | | | | Co-member, co-guarantor, co-executive, co-shareholder | | | | |
| **T.R. McDowell** **10375 Whitefeather Lane** **Scottsdale, AZ 85260** | | J | | | | | | **Unknown** |
| Account No. | | | | Co-member, co-guarantor, co-executive, co-shareholder | | | | |
| **T.R. McDowell** **P.O. Box 31972** **Santa Fe, NM 87594** | | J | | | | | | **Unknown** |

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Craig Lyle Campbell,**
    **Kim Ann Webster-Campbell**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**T.R. McDowell**<br>**11 Vista de Esperanza**<br>**Santa Fe, NM 87506** | | J | | | **Co-member, co-guarantor, co-executive, co-shareholder** | | | | **Unknown** |
| Account No.<br><br>**Terrapin Bancorp, Inc.**<br>**151 Main St.**<br>**Elizabeth, IL 61028** | | J | | | **Contingent corporate obligation** | X | | X | **Unknown** |
| Account No.<br><br>**The Elizabeth State Bank**<br>**151 Main St.**<br>**Elizabeth, IL 61028** | | J | | | **Contingent corporate obligation** | X | | X | **Unknown** |
| Account No.<br><br>**The John Warner Bank**<br>**301 S. Side Square**<br>**Clinton, IL 61727** | | J | | | **Contingent corporate obligation** | X | | X | **Unknown** |
| Account No.<br><br>**Thistlewood LLC**<br>**15684 E. 2200 North Road**<br>**Danville, IL 61834** | | J | | | **Contingent corporate obligation** | X | | X | **Unknown** |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Craig Lyle Campbell,**
    **Kim Ann Webster-Campbell**
                                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contingent corporate obligation | | | | |
| **Tolleson Premier Properties, LLC 7537 North 54th Place Paradise Valley, AZ 85243** | | J | | X | | X | Unknown |
| Account No. | | | Contingent corporate obligation | | | | |
| **Vendor Capital Group 4191 Fayetteville Road Raleigh, NC 27603** | X | J | | X | | | 166,259.07 |
| Account No. | | | Contingent corporate obligation | | | | |
| **Vermilion Holdings, Inc. 7103 W. 111th Street Worth, IL 60482** | | J | | X | | X | Unknown |
| Account No. | | | Contingent corporate obligation | | | | |
| **Vermilion Riverfront LLC 15684 E. 2200 North Road Danville, IL 61834** | | J | | X | | X | Unknown |
| Account No. | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 166,259.07 |
| Total (Report on Summary of Schedules) | | 16,400,451.80 |

B6G (Official Form 6G) (12/07)

.

In re    **Craig Lyle Campbell,**                                   Case No. _____

            **Kim Ann Webster-Campbell**

                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Dorothy High and Julie High co-Trustees of Trust 5368 21521 Denmark Road Danville, IL 61834** | **Contract to purchase 15.77 acres of land on 2150 North Road, Danville, IL.  Amount outstanding on contract is $140,000 plus interest.** |
| **Versailles Oakbrook 17 W. 720 Butterfield Oak Brook Terrace, IL 60181** | **Apartment rental Unit 2-218 @ $1,725.  Rent Monthly.  Lease expires on 09/30/11** |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Craig Lyle Campbell,**
  **Kim Ann Webster-Campbell**

Case No. _____

                  ,

        Debtors

# SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **74HH LLC**<br>**2675 Palmer Street**<br>**Suite F**<br>**Missoula, MT 59808** | **Areo Jet Services LLC**<br>**15290 N. 78th Way, Suite B100**<br>**Scottsdale, AZ 85260** |
| **74HH LLC**<br>**2675 Palmer Street**<br>**Suite F**<br>**Missoula, MT 59808** | **Jet Support Services Inc.**<br>**180 N. Stetson**<br>**Chicago, IL 60601** |
| **American Med Imaging Services, Inc.**<br>**1616 E. Roosevelt Road**<br>**Suite 1**<br>**Wheaton, IL 60187** | **Vendor Capital Group**<br>**4191 Fayetteville Road**<br>**Raleigh, NC 27603** |
| **C@R Trups LLC**<br>**15684 E. 2200 North Road**<br>**Danville, IL 61834** | **Heartland Bank & Trust Company**<br>**3501 W. War Memorial Drive**<br>**Peoria, IL 61615** |
| **Douglas L. Campbell**<br>**25 Ironwood Court**<br>**Frankfort, IL 60423** | **Banterra Bank**<br>**c/o James L. Van Winkle**<br>**301 S. Jackson St.**<br>**Mc Leansboro, IL 62859-0337** |
| **Douglas L. Campbell**<br>**25 Ironwood Court**<br>**Frankfort, IL 60423** | **Bank of America**<br>**231 S. LaSalle St.**<br>**Chicago, IL 60604** |
| **Douglas L. Campbell**<br>**25 Ironwood Court**<br>**Frankfort, IL 60423** | **First National Bank of Gilman**<br>**a/k/a Prospect Bank**<br>**209 S. Cresent St.**<br>**Gilman, IL 60938** |
| **Lyle Campbell**<br>**8525 Kearney Road**<br>**Downers Grove, IL 60516** | **Banterra Bank**<br>**c/o James L. Van Winkle**<br>**301 S. Jackson St.**<br>**Mc Leansboro, IL 62859-0337** |
| **Lyle Campbell**<br>**8525 Kearney Road**<br>**Downers Grove, IL 60516** | **Bank of America**<br>**231 S. LaSalle St.**<br>**Chicago, IL 60604** |
| **Lyle Campbell**<br>**8525 Kearney Road**<br>**Downers Grove, IL 60516** | **First National Bank of Gilman**<br>**a/k/a Prospect Bank**<br>**209 S. Cresent St.**<br>**Gilman, IL 60938** |

1

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **Craig Lyle Campbell,**                                                    Case No. _____
      **Kim Ann Webster-Campbell**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lyle Campbell**<br>**8525 Kearney Road**<br>**Downers Grove, IL 60516** | **Areo Jet Services LLC**<br>**15290 N. 78th Way, Suite B100**<br>**Scottsdale, AZ 85260** |
| **Opar LLC**<br>**15684 E. 2200 North Road**<br>**Danville, IL 61834** | **Strategic Capital Bank**<br>**n/k/a Midland States Bank**<br>**133 W. Jefferson**<br>**Effingham, IL 62401** |
| **Opar LLC**<br>**15684 E. 2200 North Road**<br>**Danville, IL 61834** | **Strategic Capital Bank**<br>**n/k/a Midland States Bank**<br>**133 W. Jefferson**<br>**Effingham, IL 62401** |
| **Thistlewood LLC**<br>**15684 E. 2200 North Road**<br>**Danville, IL 61834** | **The Elizabeth State Bank**<br>**a/k/a Galena State Bank**<br>**151 N. Main Street**<br>**Elizabeth, IL 61028** |
| **Tolleson Premier Properties, LLC**<br>**7537 North 54th Place**<br>**Paradise Valley, AZ 85243** | **M&I Marshall & Ilsley Bank**<br>**One East Camelback Road**<br>**Phoenix, AZ 85012** |
| **Tolleson Premier Properties, LLC**<br>**7537 North 54th Place**<br>**Paradise Valley, AZ 85243** | **Next Gen Partners, LLC**<br>**c/o Helix AZ Investments**<br>**4425 N. 24th St, #225**<br>**Phoenix, AZ 85016** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Craig Lyle Campbell**
**Kim Ann Webster-Campbell**
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**13**<br>**5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Unemployed** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify):  **Unemployment** | $ 0.00 | $ 2,232.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify):  **Director Fee ANts** | $ 2,350.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,350.00 | $ 2,232.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,350.00 | $ 2,232.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 4,582.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re      **Craig Lyle Campbell**
           **Kim Ann Webster-Campbell**                                    Case No. _____
           _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,838.00 |
| a. Are real estate taxes included?           Yes ____        No **X** | | |
| b. Is property insurance included?           Yes ____        No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 500.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 120.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 500.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 1,000.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 145.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 1,000.00 |
| d. Auto | $ | 43.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Real Estate Taxes** | $ | 1,178.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **auto maintenance** | $ | 200.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,024.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,582.00 |
| b.   Average monthly expenses from Line 18 above | $ | 10,024.00 |
| c.   Monthly net income (a. minus b.) | $ | -5,442.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Craig Lyle Campbell**
    **Kim Ann Webster-Campbell** _____    Case No. _____
                            Debtor(s)    Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**38**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 11, 2010** _____    Signature    **/s/ Craig Lyle Campbell** _____
                                                    **Craig Lyle Campbell**
                                                    Debtor

Date    **November 11, 2010** _____    Signature    **/s/ Kim Ann Webster-Campbell** _____
                                                    **Kim Ann Webster-Campbell**
                                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                         Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Craig Lyle Campbell**
       **Kim Ann Webster-Campbell**                          Case No. _____

                                Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $242,318.00 | 2008 Founders Group, Inc. |
| $296,012.00 | 2008 First National Bank of Danville |
| $96,911.00 | 2009 Founders Group, Inc. |
| $156,293.00 | 2009 First National Bank of Danville |
| $431.00 | 2009 Peotone Bank and Trust |
| $9,339.00 | 2009 Federal Unemployment (wife) |
| $25,668.00 | 2010 to date:  Federal Unemployment (wife) |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $161,811.00 | 2008 Interest Income |
| $1,881,127.00 | 2008 Dividends |
| $186,600.00 | 2008 Business Income (Director Fees - husband) |
| $37,825.00 | 2008 Taxable Refund |
| $39,871.00 | 2009 Interest Income |
| $775,658.00 | 2009 Dividends |
| $46,700.00 | 2009 Business Income (Director Fees - husband) |
| $14,000.00 | 2010 to date: Business Income (Director Fees - husband) |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Citibank Box 6000 The Lakes, NV 89163-6000 | 10/10/2010 | $7,697.50 | $0.00 |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lincolnway Bank 09 L 59** | | **Vermilion County, IL** | |
| **Bantarra Bank 09 L 71** | | **Vermilion County, IL** | |
| **Bank of America 10 cv 05377** | | **U.S. Dist. Northern Dist. of IL** | |
| **Legacy Bank CV2009-012891** | | **Maricopa County** | |
| **Rock River Bank n/k/a The Harvard State Bank 09 L 011282** | | **Cook County, IL** | |
| **First National Bank of Gilman n/k/a Prospect Bank** | | | |
| **First Security Bank of Arkansas 60CV 2010-3431** | | | |
| **First National Bank of Grant Park 10 CH 208** | | **Vermilion County, IL** | |
| **First National Bank of Winchester n/k/a First National Bank of Beardstown 09 L 2** | | **Scott County** | |
| **Strategic Bank n/k/a Midland States Bank 09 L 141** | | **Champaign County** | |
| **Zions Credit Corporation 100908943** | | **3rd Judicial District Court in and for Salt Lake County State of Utah** | |
| **Heartland Bank and Trust Company 10 CH 247** | | | |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **FDIC** | **7/4/2009** | **Seized 7 banks** |
| **Lincolnway Community Bank 1000 E. Lincoln Highway New Lenox, IL 60451** | | **I Preferred Term Security IV LTD Sub Income Note Amount $ Unknown Date of Improper Sale 08/17/09** |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lincolnway Community Bank**<br>**1000 E. Lincoln Highway**<br>**New Lenox, IL 60451** | **12/18/09** | **Checking Account**<br>**Amount Seized $203.55**<br>**First Financial Bank**<br>**Acct #110904906** |
| **Lincolnway Community Bank**<br>**1000 East Lincoln Highway**<br>**New Lenox, IL 60451** | **12/18/2009** | **Healthcare Savings Account**<br>**Amount Seized $1112.63**<br>**First Financial Bank**<br>**Acct #1652775** |
| **Lincolnway Community Bank**<br>**1000 East Lincoln Highway**<br>**New Lenox, IL 60451** | **1/13/2010** | **Healthcare Savings Account**<br>**Amount Seized $182.36**<br>**First Financial Bank**<br>**Acct #1652775** |
| **Lincolnway Community Bank**<br>**1000 East Lincoln Highway**<br>**New Lenox, IL 60451** | **12/5/2009** | **Amount $400.00**<br>**Directors Fees at First National Bank of Gilman**<br>**n/k/a Prospect Bank** |
| **First State Bank of Winchester**<br>**n/k/a First Nat'l Bank of Beardstown** | **7/21/2009** | **Amount $1,109.99**<br>**Checking Account**<br>**Account #108898**<br>**Applied to Note with Winchester #677111** |
| **Steve Fox**<br>**Air America Flight Services**<br>**14695 Airport Parkway**<br>**Clearwater, FL 33762** | **Unknown** | **GII Jet**<br>**Value $700,000.00** |
| **Strategic Capital**<br>**n/k/a Midland States Bank**<br>**133 W. Jefferson**<br>**Effingham, IL 62401** | **4/22/10** | **ANTs Stock**<br>**500,000 shares**<br>**Total Sale Price: $699,412.17** |
| **Next Gen Partners, LLC**<br>**C/O Helix AZ Investments**<br>**4425 N. 24th Street, #225**<br>**Phoenix, AZ 85016** | **Unknown** | **38.359 Acres**<br>**Value $11,000,000.00**<br>**Plus $560,000.00 escrow account** |
| **Heartland Bank and Trust**<br>**2231 W. Market Street**<br>**Bloomington, IL 61702** | | **Tropic CDO V LTD Series 2006-1**<br>**Amount Unknown**<br>**Date of Improper Sale 08/19/09** |

---

### 5. Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

**None**
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **CredAbility**<br>**100 Edgewood Ave., Suite 1800**<br>**Atlanta, GA 30303** | **October 2010** | **$50.00** |
| **Querrey & Harrow, Ltd.**<br>**175 W. Jackson Boulevard, Ste 1600**<br>**Chicago, IL 60604** | **October 2010** | **$10,000.00** |
| **Acton & Snyder** | **5/10/10** | **$5,000.00** |

### 10. Other transfers

None
☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Heartland Bank & Trust Co.**<br>**351 W. War Memorial Drive**<br>**Peoria, IL 61615** | **1/25/09** | **To shore up collateral value slipage in Securities**<br>**FNB n/k/a FFB Lt #5362**<br>**12/08 valued at $160,000**<br>**Lt 41 Bayview**<br>**11/10 estimated value $20,000** |

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Campbell Income Fund LP**<br>**221 N. LaSalle St #1137**<br>**Chicago, IL 60601** | **1/07/09** | **Equity interest in Butler National Golf Club Membership**<br>**Equity interest in Naples National Golf Club Membership**<br>**Notes and Interest from American Med Imaging Services, Inc.**<br>**CLC/KAWC pledged for benefit of Campbell Fixed Income Fund LLC to the Campbell Income Fund LP and its subsidaries**<br>**12/08 valued at $471,400**<br>**11/10 estimated value $25,000** |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Midwest Bank**<br>**50 W. Jefferson St.**<br>**Joliet, IL 60432** | **Checking (. . . 2102)**<br>**$113.36** | **October 14, 2010** |
| **First National Bank of Danville**<br>**n/k/a First Financial Bank** | **Checking** | **Seized by Lincoln Bank on** |
| **First National Bank of Danville**<br>**n/k/a First Financial Bank** | **Health Care Savings Account** | **Seized by Lincolnway Bank on** |
| **Founders Group, Inc.**<br>**6825 W. 111th Street**<br>**Worth, IL 60482** | **Profit Sharing - Plan No. (... 73-01)**<br>**Kim A. Campbell**<br>**$232,794.65** | **12/22/2009**<br>**Transferred to Merrill Lynch** |
| **Founders Group, Inc.**<br>**6825 W. 111th Street**<br>**Worth, IL 60482** | **Profit Sharing - Plan No. ( ... 73-01)**<br>**Craig L. Campbell**<br>**$397,357.14** | **12/22/2009**<br>**Transferred to Merrill Lynch** |
| **Private Bank**<br>**6825 W. 111th Street**<br>**Worth, IL 60482** | **Checking ( ... 1227)**<br>**$530.34** | **1/12/2010** |
| **First Financial Bank**<br>**One First Financial Plaza**<br>**P.O. Box 540**<br>**Terre Haute, IN 47808** | **Checking ( ... 4906)**<br>**Craig and Kim Campbell** | **Seized by Lincolnway Bank on 1/22/2010** |
| **First Financial Bank**<br>**One First Financial Plaza**<br>**P.O. Box 540**<br>**Terre Haute, IN 47808-0540** | **Health Savings Account ( ... 2775)**<br>**Craig Campbell**<br>**$182.36** | **Seized by Lincolnway Bank on 1/13/2010** |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Simmons First**<br>**8315 Cantrell Road, Suite 200**<br>**Little Rock, AR 72227** | **Checking ( ... 3749)**<br>  **Craig and Kim Campbell**<br>**$1,215.20** | **1/7/2010** |
| **Simmons First**<br>**8315 Cantrell Road**<br>**Little Rock, AR 72227** | **Checking ( ... 6608)**<br>  **Craig and Kim Campbell**<br>**$112.91** | **9/7/2010** |
| **First Midwest Bank**<br>**50 W. Jefferson**<br>**Joliet, IL 60432** | **Checking ( ... 2101)**<br>  **Kim Webster-Campbell and Esther**<br>**Karushis**<br>**$113.36** | **9/25/2010** |

---

**12. Safe deposit boxes**

None<br>■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None<br>■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None<br>■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None<br>☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **15684 E. 2200 North Road**<br>**Danville, IL 61834** | **Craig & Kim Campbell** | **1999-2009** |

---

**16. Spouses and Former Spouses**

None<br>■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Peotone Bancorp, Inc.** | 36-3935815 | **200 W. Corning Peotone, IL 60468** | **Bank Holding Company** | **9/1/76 to present** |
| **Peotone Bank and Trust** | 36-2925815 | **200 W. Corning Peotone, IL 60468** | **Bank** | **1916 to April 2010** |
| **Rock River Bancorporation, Inc.** | 36-3424570 | **101 S. Fourth St. Oregon, IL 61061** | **Bank Holding Company** | **2/5/86 to present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Rock River Bank of Oregon | 36-1575260 | 101 S. Fourth St. Oregon, IL 61061 | Bank | 1935 to 7/2/09 |
| Legacy Integrity Group, Inc. | 20-1801697 | 15100 N. 78th Way Scottsdale, AZ 85258 | Bank Holding Company | 3/31/04 to present |
| Legacy Bank | 20-1801625 | 15100 N. 78th Way Scottsdale, AZ 85258 | Bank | 2005 to present |
| Berry-Shino Securities, Inc. | | 15100 N. 78th Way Scottsdale, AZ 85258 | 65.93% owned by Legacy Integrity Group, Inc. | |
| Founders Group, Inc. | 36-3517954 | 7103 W. 111th Street Worth, IL 60482 | Bank Holding Company | 5/14/87 to present |
| Vermilion Holdings, Inc. | 20-3221638 | 7103 W. 111th Street Worth, IL 60482 | Inter Tier Holding Company | 2005 to present |
| Founders Bank | 36-2446555 | 6825 W. 111th Street Worth, IL 60482 | Bank | 1961 to 7/2/09 |
| First National Bank of Danville | 37-0238115 | One Towne Centre Danville, IL 61832 | Bank | 1857 to 7/2/09 |
| Scott County Bancorp, Inc. | 37-1168842 | One Northside Square Winchester, IL 62694 | Bank Holding Company | 12/31/84 to present |
| First State Bank of Winchester | 37-0275150 | One Northside Square Winchester, IL 62694 | Bank | 1867 to 7/2/09 |
| JW Bancorp, Inc. | 90-0125035 | 7103 W. 111th St. Worth, IL 60482 | Bank Holding Company | 6/20/03 to present |
| John Warner Financial Corp | 37-1261051 | 301 S. Side Square Clinton, IL 61727 | Inter Tier Holding Company | 3/9/90 to present |
| The John Warner Bank | 37-0572400 | 301 S. Side Square Clinton, IL 61727 | Bank | 1867 to 7/2/09 |
| Iroquois Bancorp, Inc. | 37-1090884 | 209 S. Crescent Gilman, IL 60938 | Bank Holding Company | 8/8/79 to present |
| First National Bank of Gilman | 37-0293365 | 209 S. Crescent Gilman, IL 60938 | Bank | 1869 to 7/2/09 |
| Terrapin Bancorp, Inc. | 36-3604685 | 151 Main St. Elizabeth, IL 61028 | Bank Holding Company | 4/28/88 to present |
| The Elizabeth State Bank | 36-1036840 | 151 Main St. Elizabeth, IL 61028 | Bank | 1909 to 7/2/09 |
| Thistlewood LLC | 32-0140935 | 15684 E. 2200 North Road Danville, IL 61834 | Single Asset Real Estate | 9/30/03 to present |
| C&C Investment Group of Danville, LLC | 38-3737476 | 15684 E. 2200 North Road Danville, IL 61834 | Investment opportunity | 6/16/06 to 5/31/07 |
| Denmark Ventures LLC | 32-0140937 | 15684 E. 2200 North Road Danville, IL 61834 | Single Asset Real Estate | 1/20/05 to present |
| Vermilion Riverfront LLC | 32-0140936 | 15684 E. 2200 North Road Danville, IL 61834 | Land Preservation | 12/28/04 to present |
| Campbell Income Fund LP | 20-5656743 | 221 N. LaSalle Street #1137 Chicago, IL 60601 | Provide Investment Returns for Limited Partners | 9/22/06 to present |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Opar LLC** | **61-1499671** | **15684 E. 2200 North Road Danville, IL 61834** | **Investment Company** | **2/26/06 to present** |
| **Campbell Capital Management LLC** | **20-5656523** | **15684 E. 2200 North Road Danville, IL 61834** | **General Manager of Campbell Income Fund** | **9/21/06 to present** |
| **Campbell Capital Advisors LLC** | **20-5656629** | **15684 E. 2200 North Road Danville, IL 61834** | **Investment Advisor to accredited investor** | **9/21/06 to present** |
| **Campbell Fixed Income Fund, LLC** | **20-8581229** | **221 N. LaSalle St. #1137 Chicago, IL 60601** | **Investment returns for members and account holders** | **2/16/07 to present** |
| **C@R Trups LLC** | **26-1767479** | **15684 E. 2200 North Road Danville, IL 61834** | **Investment returns for members** | **1/15/08 to present** |
| **Tolleson Premier Properties, LLC** | **20-2056264** | **7537 North 54th Place Paradise Valley, AZ 85243** | **Single Asset Real Estate investment** | **1/12/05 to 12/31/09** |
| **Campbell International Aviation LLC** | **20-8112538** | **15684 E. 2200 North Road Danville, IL 61834** | **Operate an aviation Charter Company** | **1/1/07 to present** |
| **74HH LLC** | **20-2700773** | **2675 Palmer Street Suite F Missoula, MT 59808** | **Owns a 69' Gulfstream II sp** | **2/4/05 assigned 100% to CIA on 5/6/10** |
| **American Med Imaging Services, Inc.** | **36-4401226** | **1616 E. Roosevelt Road Suite 1 Wheaton, IL 60187** | **Owns an MRI operating business** | **10/31/00 to present** |
| **Rock Springs Medical Services, Inc.** | **36-4386256** | **1616 E. Roosevelt Road Suite 1 Wheaton, IL 60187** | **to Lease employees to an MRI operating business** | **8/15/00 to 12/31/09** |
| **Hales Corners MRI, LLC** | **36-4402715** | **1616 E. Roosevelt Road Suite 1 Wheaton, IL 60187** | **Owns the Magnet and operates the business** | **11/1/00 to present** |
| **ANTs Software Inc.** | **13-3054685** | **71 Stevenson St. Suite 400 San Francisco, CA 94105** | **Develop and sell data base. Management software.** | **1/29/79 to present** |
| **Rialto II LLC** | **20-3991091** | **2925 E. Page Ave. Gilbert, AZ 85234** | **Single purpose real estate for investment purpose** | **12/1/05 to 12/1/05** |
| **Las Vegas TV** | | **6363 S. Pecos Rd Suite 109 Las Vegas, NV 89120** | **Owns Channel 35 licensed in the city of Las Vegas** | |
| **Phoenix Open MRI, LLC.** | **36-4418905** | **1616 E. Roosevelt Road Suite 1 Wheaton, IL 60187** | **Own & operated MRI in AZ** | **2003 to 2004** |

None
☐      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Thistlewood LLC** | **15684 E. 2200 North Road Danville, IL 61834** |
| **Denmark Ventures LLC** | **15684 E. 2200 North Road Danville, IL 61834** |

| NAME | ADDRESS |
|------|---------|
| **Tolleson Premier Properties, LLC** | **7537 North 54th Place**<br>**Paradise Valley, AZ 85243** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **KPMG LLP**<br>**303 E. Wacker Drive**<br>**Chicago, IL 60601** | **1999 to present**<br>  **Craig Campbell & Kim Webster**<br>**Campbell**<br>  **Several of the Bank Holding**<br>**Companies and Former Banks**<br>  **Tolleson Premier Properties LLC**<br>  **Campbell International Aviation LLC** |
| **Clifton Gunderson, LLP**<br>**2 E. Main Street**<br>**Danville, IL 61834** | **2004 to present**<br>**Opar LLC**<br>  **Campbell Capital Management LLC**<br>  **Campbell Capital Advisors LLC**<br>  **Campbell Fixed Income Fund LLC**<br>  **Thistlewood LLC**<br>  **Denmark Ventures LLC.**<br>  **Vermilion River Front LLC.**<br>  **Two of the former Bank Holding**<br>**Companies and Banking Subsidiaries** |
| **Kaplan and Co.**<br>**60 Revere Drive**<br>**Northbrook, IL 60062** | **2007 to present**<br>  **Campbell Income Fund LP** |
| **Turn Key Hedge Funds, Inc.**<br>**3300 University Drive**<br>**Suite 311**<br>**Coral Springs, FL 33065** | **2006 to present**<br>  **Campbell Income Fund LP** |
| **H&G Accounting**<br>**1616 E. Roosevelt Road**<br>**Suite 1**<br>**Wheaton, IL 60187** | **2000 to present**<br>  **American Med Imaging Services, Inc**<br>  **Rock Springs Medical Services, LLC**<br>  **Hales Corners MRI, LLC** |
| **Bonnie Robinson**<br>**1132 Clairemont Lane**<br>**Burleson, TX 76028** | **2008 to present**<br>  **C@R Trups LLC** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **KPMG LLP** | **303 E. Wacker Drive** <br> **Chicago, IL 60601** | **1999 to present** <br>   **Craig Campbell & Kim Webster** <br> **Campbell** <br>   **Several of the Bank Holding** <br> **Companies and Former Banks** <br>   **Tolleson Premier Properties LLC** <br>   **Campbell International Aviation LLC** |
| **Clifton Gunderson, LLP** | **2 E. Main Street** <br> **Danville, IL 61834** | **2004 to present** <br>   **Opar LLC** <br>   **Campbell Capital Management LLC** <br>   **Campbell Capital Advisors LLC** <br>   **Campbell Fixed Income Fund LLC** <br>   **Thistlewood LLC** <br>   **Denmark Ventures LLC.** <br>   **Vermilion River Front LLC.** <br>   **Two of the former Bank Holding** <br>   **Companies and Banking Subsidiaries** |
| **Kaplan and Co.** | **60 Revere Drive** <br> **Northbrook, IL 60062** | **2007 to present** <br>   **Campbell Income Fund LP** |
| **Turn Key Hedge Funds, Inc.** | **3300 University Drive** <br> **Suite 311** <br> **Coral Springs, FL 33065** | **2006 to present** <br>   **Campbell Income Fund LP** |
| **H&G Accounting** | **1616 E. Roosevelt Road** <br> **Suite 1** <br> **Wheaton, IL 60187** | **2000 to present** <br>   **American Med Imaging Services, Inc** <br>   **Rock Springs Medical Services, LLC** <br>   **Hales Corners MRI, LLC** |
| **Bonnie Robinson** | **1132 Clairemont Lane** <br> **Burleson, TX 76028** | **2008 to present** <br>   **C@R Trups LLC** |

None
☐       c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **KPMG LLP** | **303 E. Wacker Drive** <br> **Chicago, IL 60601** |
| **Clifton Gunderson, LLP** | **2 E. Main Street** <br> **Danville, IL 61834** |
| **Kaplan and Co.** | **60 Revere Drive** <br> **Northbrook, IL 60062** |
| **Turn Key Hedge Funds, Inc.** | **3300 University Drive** <br> **Suite 311** <br> **Coral Springs, FL 33065** |
| **H&G Accounting** | **1616 E. Roosevelt Road** <br> **Suite 1** <br> **Wheaton, IL 60187** |
| **Bonnie Robinson** | **1132 Clairemont Lane** <br> **Burleson, TX 76028** |

None
☐       d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First State Bank of Winchester** <br> **n/k/a First National Bank of Beardstown** <br> **1 North Side Square** <br> **Winchester, IL 62694** | **11-14-08, 3-23-09** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Legacy Bank**<br>**15100 North 78th Way**<br>**Suite 200**<br>**Scottsdale, AZ 85260** | **11-21-08** |
| **Lincolnway Community Bank**<br>**1000 East Lincoln Highway**<br>**New Lenox, IL 60451** | **11-25-08** |
| **Strategic Bank**<br>**n/k/a Midland States Bank**<br>**133 W. Jefferson St.**<br>**Effingham, IL 62401** | **11-24-08** |
| **Rock River Bank n/k/a Harvard State Bank**<br>**101 S. Forth Street**<br>**Oregon, IL 61061** | **12-03-08, 12-17-09** |
| **Heartland Bank and Trust Company**<br>**3501 W. War Memorial Drive**<br>**Peoria, IL 61615** | **1-20-09** |
| **M & I**<br>**One E. Camelback Road**<br>**Phoenix, AZ 85012** | **2-17-09** |
| **Banterra Bank**<br>**3201 Banterra Drive**<br>**Marion, IL 62959** | **2-17-09** |
| **Founders Bank n/k/a Private Bank**<br>**6825 W. 111th Street**<br>**Worth, IL 60482** | **2-17-09** |
| **Elizabeth State Bank**<br>**n/k/a The Galena State Bank & Trust Co.**<br>**151 North Main Street**<br>**Elizabeth, IL 61028** | **3-9-09** |
| **First Security Bank**<br>**First Security Center**<br>**521 President Clinton Avenue**<br>**Little Rock, AR 72201** | **3-20-09** |
| **John Warner Bank**<br>**n/k/a The State Bank of Lincoln**<br>**508 Broadway**<br>**Lincoln, IL 62656** | **2-24-09** |
| **Peotone Bank and Trust**<br>**n/k/a First Midwest Bank**<br>**200 W. Corning Avenue**<br>**Peotone, IL 60468** | **4-9-09** |
| **Tishler & Wald**<br>**200 S. Wacker Drive**<br>**Chicago, IL 60606** | **6-12-09** |
| **Acton & Snyder, LLP**<br>**11 E. North St.**<br>**Danville, IL 60181** | **9-2-09** |
| **Handler Thayer, LLP.**<br>**191 N. Wacker Drive**<br>**Chicago, IL 60606** | **8-10-10** |

### 20. Inventories

None  ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None  ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None  ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None  ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None  ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

15

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 11, 2010**                    Signature  **/s/ Craig Lyle Campbell**
                                                            **Craig Lyle Campbell**
                                                            Debtor

Date  **November 11, 2010**                    Signature  **/s/ Kim Ann Webster-Campbell**
                                                            **Kim Ann Webster-Campbell**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Craig Lyle Campbell**
       **Kim Ann Webster-Campbell**                          Case No. _____

                                          Debtor(s)             Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Cenlar Mortgage** | **Describe Property Securing Debt:**<br>**15684 E. 2200 North Road**<br>**Danville, IL  61834** |

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt               ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES       ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **November 11, 2010**          Signature   **/s/ Craig Lyle Campbell**
                                               **Craig Lyle Campbell**
                                               Debtor

Date   **November 11, 2010**          Signature   **/s/ Kim Ann Webster-Campbell**
                                               **Kim Ann Webster-Campbell**
                                               Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Craig Lyle Campbell**
**Kim Ann Webster-Campbell**

Case No. _____

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 11, 2010**

**/s/ John M. Brom**
**John M. Brom 06206647**
**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000  Fax: (312)540-0578**
**rbenjamin@querrey.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Craig Lyle Campbell**
**Kim Ann Webster-Campbell**        Case No. _____

                Debtor(s)        Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Craig Lyle Campbell**
**Kim Ann Webster-Campbell** _____    X   **/s/ Craig Lyle Campbell**      **November 11, 2010**
Printed Name(s) of Debtor(s)                  Signature of Debtor          Date

Case No. (if known) _____       X   **/s/ Kim Ann Webster-Campbell**    **November 11, 2010**
                                     Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Craig Lyle Campbell
Kim Ann Webster-Campbell**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **77**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 11, 2010**

**/s/ Craig Lyle Campbell**
**Craig Lyle Campbell**
Signature of Debtor

Date:  **November 11, 2010**

**/s/ Kim Ann Webster-Campbell**
**Kim Ann Webster-Campbell**
Signature of Debtor

74HH LLC
2675 Palmer Street
Suite F
Missoula, MT 59808


American Med Imaging Services, Inc.
1616 E. Roosevelt Road
Suite 1
Wheaton, IL 60187


Andy Robinson
1132 Clairemont Lane
Burleson, TX 76028


ANTs Software Inc.
71 Stevenson St.
Suite 400
San Francisco, CA 94105


Areo Jet Services LLC
15290 N. 78th Way, Suite B100
Scottsdale, AZ 85260


Bank of America
231 S. LaSalle St.
Chicago, IL 60604


Banterra Bank
c/o James L. Van Winkle
301 S. Jackson St.
Mc Leansboro, IL 62859-0337


Berry-Shino Securities, Inc.
15100 N. 78th Way
Scottsdale, AZ 85258


Bonnie Robinson
1132 Clairmont Lane
Burleson, TX 76028


C&C Investment Group of Danville LLC
15684 E. 2200 North Road
Danville, IL 61834

C@R Trups LLC
15684 E. 2200 North Road
Danville, IL 61834


Campbell Capital Advisors LLC
15684 E. 2200 North Road
Danville, IL 61834


Campbell Capital Management LLC
15684 E. 2200 North Road
Danville, IL 61834


Campbell Fixed Income Fund, LLC
221 N. LaSalle St.
#1137
Chicago, IL 60601


Campbell Income Fund LP
221 N. LaSalle Street
#1137
Chicago, IL 60601


Campbell International Aviation LLC
15684 E. 2200 North Road
Danville, IL 61834


Cenlar Mortgage
P.O. Box 211091
Egan, MN 55121


Denmark Ventures LLC
15684 E. 2200 North Road
Danville, IL 61834


Dorothy High and Julie High
co-Trustees of Trust 5368
21521 Denmark Road
Danville, IL 61834


Doug L. Campbell
25 Ironwood Court
Frankfort, IL 60423

Douglas L. Campbell
25 Ironwood Court
Frankfort, IL 60423


Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243


Federal Deposit Insurance Corp
500 W. Monroe St
Chicago, IL 60661


Federal Deposit Insurance Corp
Attn: Gregory K. Watson
500 W. Monroe St., Ste. 3500
Chicago, IL 60661


First National Bank of Danville
One Towne Centre
Danville, IL 61832


First National Bank of Gilman
a/k/a Prospect Bank
209 S. Cresent St.
Gilman, IL 60938


First National Bank of Gilman
209 S. Crescent
Gilman, IL 60938


First Security Bank
17810 Cantrell Road
Little Rock, AR 72223


First State Bank of Winchester
nka First Nat'l Bank of Beardstown
1 North Side Square
Winchester, IL 62694


First State Bank of Winchester
One Northside Square
Winchester, IL 62694

Founders Bank
6825 W. 111th Street
Worth, IL 60482


Founders Group, Inc.
7103 W. 111th Street
Worth, IL 60482


Hales Corners MRI, LLC
1616 E. Roosevelt Road
Suite 1
Wheaton, IL 60187


Heartland Bank & Trust Company
3501 W. War Memorial Drive
Peoria, IL 61615


Illinois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999-0030


Iroquois Bancorp, Inc.
209 S. Crescent
Gilman, IL 60938


Jet Support Services Inc.
180 N. Stetson
Chicago, IL 60601


John Warner Bank
nka State Bank of Lincoln
508 Broadway
Lincoln, IL 62656


John Warner Financial Corp
301 S. Side Square
Clinton, IL 61727


JW Bancorp, Inc.
7103 W. 111th St.
Worth, IL 60482

KPMG
303 E. Wacker Drive
Chicago, IL 60601


Las Vegas TV
6363 S. Pecos Rd
Suite 109
Las Vegas, NV 89120


Legacy Bank
15100 N. 78th Way
Scottsdale, AZ 85258


Legacy Integrity Group, Inc.
15100 N. 78th Way
Scottsdale, AZ 85258


Lincolnway Community Bank
1000 E. Lincoln Highway
New Lenox, IL 60451


Lyle Campbell
8525 Kerney Road
Downers Grove, IL 60516


Lyle Campbell
8525 Kearney Road
Downers Grove, IL 60516


M&I Marshall & Ilsley Bank
One East Camelback Road
Phoenix, AZ 85012


Nancy Campbell
10281 E. Happy Valley Rd
Scottsdale, AZ 85255


Next Gen Partners, LLC
c/o Helix AZ Investments
4425 N. 24th St, #225
Phoenix, AZ 85016


Opar LLC
15684 E. 2200 North Road
Danville, IL 61834

Peotone Bancorp, Inc.
200 W. Corning
Peotone, IL 60468


Peotone Bank and Trust
nka First Midwest Bank
200 W. Corning
Peotone, IL 60468


Peotone Bank and Trust
200 W. Corning
Peotone, IL 60468


Phoenix Open MRI, LLC.
1616 E. Roosevelt Road
Suite 1
Wheaton, IL 60187


Rialto II LLC
2925 E. Page Ave.
Gilbert, AZ 85234


Rock River Bancorporation, Inc.
101 S. Fourth St.
Oregon, IL 61061


Rock River Bank of Oregon
nka Harvard State Bank
101 S. Fourth St
Oregon, IL 61061


Rock River Bank of Oregon
101 S. Fourth St.
Oregon, IL 61061


Rock Springs Medical Services, Inc.
1616 E. Roosevelt Road
Suite 1
Wheaton, IL 60187


Scott Campbell
10514 Williamsburg Trail
Frankfort, IL 60423

Scott County Bancorp, Inc.
One Northside Square
Winchester, IL 62694


Strategic Capital Bank
n/k/a Midland States Bank
133 W. Jefferson
Effingham, IL 62401


T.R. McDowell
10375 Whitefeather Lane
Scottsdale, AZ 85260


T.R. McDowell
P.O. Box 31972
Santa Fe, NM 87594


T.R. McDowell
11 Vista de Esperanza
Santa Fe, NM 87506


Terrapin Bancorp, Inc.
151 Main St.
Elizabeth, IL 61028


The Elizabeth State Bank
a/k/a Galena State Bank
151 N. Main Street
Elizabeth, IL 61028


The Elizabeth State Bank
151 Main St.
Elizabeth, IL 61028


The John Warner Bank
301 S. Side Square
Clinton, IL 61727


Thistlewood LLC
15684 E. 2200 North Road
Danville, IL 61834


Tolleson Premier Properties, LLC
7537 North 54th Place
Paradise Valley, AZ 85243

Vendor Capital Group
4191 Fayetteville Road
Raleigh, NC 27603


Vermilion Holdings, Inc.
7103 W. 111th Street
Worth, IL 60482


Vermilion Riverfront LLC
15684 E. 2200 North Road
Danville, IL 61834


Versailles Oakbrook
17 W. 720 Butterfield
Oak Brook Terrace, IL 60181