**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 10 B 50562 |
| Craig L. Campbell and Kim Ann | ) | |
| Webster-Campbell, | ) | |
| | ) | Judge Donald R. Cassling (DuPage) |
| Debtors. | ) | |
| _____ | ) | |

To:  See Attached List

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on **June 28, 2013,** at the hour of **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling in Courtroom 4016 of the DuPage Courthouse, 505 N. County Farm Road, Wheaton, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Approval of Settlement and Related Motion to Abandon Property of Estate**, a copy of which is hereby served upon you.  You may appear if you so choose.

    **Please note that this settlement provides for the dismissal of an objection to the Debtors' discharge under 11 U.S.C. § 727(a).  Pursuant to Local Bankruptcy Rule 7041, any creditors who wish to adopt and prosecute this adversary proceeding must seek leave to do so at or before the hearing on this motion.**

                              Kathleen M. McGuire
                              InnovaLaw, P.C.
                              1900 Ravinia Place
                              Orland Park IL  60462
                              Tel.: (708) 675-1975
                              Fax:  (708) 675-1786

**CERTIFICATE OF SERVICE**

    I, Kathleen M. McGuire, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated or via first class mail by depositing same with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 6th day of June, 2013.

                              /s/ Kathleen M. McGuire

**In re Campbell, 10 B 50562**
**Service List**

Through the CM/ECF Filing System:

Ronald Barliant: (via cm/ecf) ronald.barliant@goldbergkohn.com
John M. Brom: (via cm/ecf) jbrom@querrey.com
Bank of America, N.A.: (via cm/ecf) jgrenard@mayerbrown.com
Bayview Loan Serv.: (via cm/ecf) shellyhood@hsbattys.com; heathergiannino@hsbattys.com
CENLAR Mortgage Servicing: cbrown@atty-pierce.com; dobrien@atty-pierce.com
FDIC as Receiver for Elizabeth State Bank, First State Bank of Winchester,
    John Warner Bank, Legacy Bank, Peotone Bank and Trust and Rock River
    Bank: (via cm/ecf): sfo@quarles.com
FDIC as Receiver for Founders Bank, First National Bank of Danville, Elizabeth State
    Bank, First State Bank of Winchester, John Warner Bank, Legacy Bank, Peotone Bank
    and Trust, and Rock River Bank: (via cm/ecf): cmuzzo@furnierlaw.com
First National Bank of Grant Park: (via cm/ecf) bbrown@bablegal.com
Heartland Bank and Trust Company: (via cm/ecf) thoward@howardandhoward.com
LincolnWay Community Bank: (via cm/ecf) dcg@h2law.com; dcgiese@hotmail.com
Office of the United States Trustee: (via cm/ecf) USTPRegion11.ES.ECF@usdoj.gov
Midland Bank: (via cm/ecf) tyler.mertes@troutmansanders.com
Prospect Bank: (via cm/ecf) jennifersimutis@earthlink.net


Via U.S. Mail

Craig L. Campbell
Kim Ann Webster-Campbell
1126 Wilkin Road
Danville, IL  61832

First Security Bank
c/o Gary Jiles
Millar Jiles, LLP
The Frauenthal Building
904 Front Street
Conway, AR  72032

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60664-0338

First National Bank of Beardstown
1 North Side Square
Winchester, IL  62694

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | No. 10 B 50562 |
| Craig L. Campbell and Kim Ann ) | |
| Webster-Campbell, ) | |
| ) | Judge Donald R. Cassling (DuPage) |
| Debtors. ) | |
| _____ ) | |

**MOTION FOR APPROVAL OF SETTLEMENT AND**
**ABANDONMENT OF PROPERTY OF ESTATE**

NOW COMES David E. Grochocinski, trustee (the "Trustee") of the bankruptcy estates (collectively, the "Estate") of Debtors Craig L. Campbell and Kim Ann Webster-Campbell (collectively, the "Debtors"), by and through his attorneys, InnovaLaw, P.C., and moves this Court for entry of an order authorizing the Trustee to enter into a settlement of the Trustee's claims in *Grochocinski v. Campbell,* No. 11 A 1897 (the "Adversary Proceeding"), and to abandon certain property of the Estate. In support of his motion, the Trustee states as follows:

1. Movant is the duly appointed chapter 7 trustee of the Debtors' bankruptcy Estate.

2. The Debtors filed a voluntary joint petition for relief under chapter 7 of the Bankruptcy Code on November 11, 2010 (the "Petition Date").

3. Prior to the Petition Date, the Debtors owned 100 percent of the membership interests in OPAR, LLC ("OPAR"), and they owned 77 percent of the limited partnership interests in Campbell Income Fund, L.P. (the "Partnership"). OPAR owns 100 percent of the membership interests in three subsidiaries, including Campbell Fixed Income Fund, LLC ("CFIF").

4. In the course of administering the Debtors' Estate, the Trustee examined financial records of the Debtors, the Partnership and limited liability companies that were wholly owned either by the Debtors or by OPAR.

5. On September 15, 2011, the Trustee commenced the Adversary Proceeding by filing

a Complaint to Deny Discharge and Exemptions (the "Original Complaint").

6. The Debtors' motion to dismiss the Original Complaint was granted on December 16, 2011, and the Trustee filed a First Amended Complaint to Deny Discharge and Surcharge Exemptions on December 22, 2011.

7. The Debtors moved to dismiss the First Amended Complaint, and the Court issued an opinion on July 2, 2012 that granted that motion in part and denied it in part (the "July 2012 Opinion").

8. On August 10, 2012, the Trustee filed a Second Amended Complaint to Deny Discharge and for Damages for Post-Petition Breach of Fiduciary Duty (the "Second Amended Complaint").

9. The Court denied the Debtors' motion to dismiss the Second Amended Complaint on December 7, 2012.

10. In Count I of the Second Amended Complaint, the Trustee alleges that the Debtors should be denied a discharge under 11 U.S.C. § 727(a)(2)(A) on account of a July 2009 transfer to CFIF. Although the transfer to CFIF occurred more than one year before the Petition Date, the Trustee takes the position that the Debtors evaded service of citations to discover assets, and that the doctrine of continuing concealment therefore applies.

11. In his claim under 11 U.S.C. § 727(a)(2)(A) in Count II of the Second Amended Complaint, the Trustee alleges that the Debtors acted with intent to defraud creditors when they closed two personal bank accounts within one year of the Petition Date. Although the Trustee had previously alleged in the First Amended Complaint that discharge should be denied because the Debtors closed accounts of the corporate entities under their control within one year of the Petition Date, the Court dismissed those portions of that claim in its July 2012 Opinion.

12. Because Count III of the Second Amended Complaint was not included in the

Original and First Amended Complaints, the Debtors take the position that Count III is time-barred.

13. The Trustee's claim under 11 U.S.C. § 727(a)(4) in Count IV is factually intensive, as is his claim for post-petition breach of fiduciary duty in Count V.

14. In their discussions concerning the merits of the Trustee's complaint, both the Trustee and the Debtors have indicated that they would consider an appeal in the event of an unfavorable judgment in the Adversary Proceeding.

15. Both sides agree that there are litigation risks and that the continued costs of litigating the Adversary Proceeding would be very substantial.

16. On May 20, 2013, Hon. Janet S. Baer conducted a mediation of the Adversary Proceeding.

17. At the conclusion of the mediation, the Debtors offered to pay the sum of one hundred thousand dollars (the "Settlement Sum") to the Estate in exchange for the dismissal with prejudice of the Adversary Proceeding. Since the Debtors' financial resources was a factor in the determination of the Settlement Sum, on or before June 21, 2013, the Debtors will deliver to the Trustee a financial statement under oath that describes and sets forth the amounts of their assets and liabilities as of May 20, 2013. The Settlement Sum will be paid within ten days of the Court's order approving the settlement.

18. Also, as part of the proposed settlement terms, the Trustee will abandon the Estate's interests in the Partnership, OPAR, and Land Trust 2000 B at First Financial Bank, successor to First National Bank of Danville ("the Land Trust").

19. The Trustee has considered the net amount that the Estate would receive upon entry of a judgment in the Trustee's favor in the Adversary Proceeding and after any appeals, followed by payment of costs incurred in the litigation and in collection of the judgment. As discussed below, the Trustee has also concluded that the assets to be abandoned are of inconsequential value and

benefit to the Estate.

20. The Trustee believes that the Debtors' settlement offer takes all relevant factors into account and is fair and reasonable and in the best interest of the Estate and its creditors.

21. Accordingly, the Trustee requests that the Court approve the settlement pursuant to Federal Rule of Bankruptcy Procedure 9019.

<u>Abandonment of Estate's Interests in the Partnership, OPAR and the Land Trust</u>

22. The Trustee's investigation shows that the Partnership's only assets are certain securities that have been pledged to First Security Bank of Arkansas and an account with a cash balance of $11,396.10 on March 31, 2011.

23. The Debtors owned 77 percent of the limited partnership interests in the Partnership on the Petition Date. The other 23 percent limited partner contributed $500,000.00 to the Partnership in 2007, but has never received a distribution from the Partnership.

24. The Trustee believes that upon the dissolution and winding up of the Partnership, the Estate would not receive any distribution.

25. OPAR's only assets are its interests in its three subsidiaries, and it owes a debt to Midland States Bank that exceeds $6,000,000.00. Although CFIF held an account with a cash balance of $41,370.11 on March 31, 2011, the Trustee believes that upon liquidation of CFIF, followed by the liquidation of OPAR, the Estate would not receive any distribution.

26. On October 1, 2006, the Debtors assigned their beneficial interests in the Land Trust to Mrs. Campbell's mother, Regina Webster ("Webster"), and to their children. The Land Trust holds title to the property commonly known as 1124/1126 Wilkin Road, Danville, Illinois (the "Property"). Webster was granted a life estate in the Property, and the Debtors' children were granted life estates in the Property upon Webster's death.

27. Because of the existence of the life estates, the Trustee believes that the Debtors'

interests in the Land Trust are of little or no value to the Estate.

28. Section 554(a) of the Bankruptcy Code provides that "after notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

29. Because he has concluded that the assets are of inconsequential value and benefit to the Estate, the Trustee seeks leave to abandon the Estate's interests in the Partnership, OPAR and the Land Trust.

Notice

30. Copies of this motion have been provided to all parties on the CM/ECF mailing list for this case, and copies have been sent to all other creditors that have requested notice or filed proofs of claim in the case. Notices of the hearing on this motion have also been mailed to all creditors on the mailing list maintained by the Court. The Trustee requests that such notice be deemed to be adequate in accordance with Federal Rule of Bankruptcy Procedure 2002.

32. Attached hereto are proposed orders (i) approving the settlement of the Adversary Proceeding and authorizing the abandonment of the Estate's interests in the Partnership, OPAR and the Land Trust; and (ii) dismissing Adversary Proceeding 11 A 1897.

WHEREFORE, David E. Grochocinski, Trustee, respectfully requests the entry of an order: (i) approving the settlement, (ii) authorizing the Trustee to abandon the Estate's interests in the Partnership, OPAR, and the Land Trust; (iii) dismissing the Adversary Proceeding, and (iv) granting such other and further relief as the Court deems necessary or appropriate under the circumstances.

        Respectfully submitted,
        David E. Grochocinski, Trustee

        By: /s/ Kathleen M. McGuire
            One of his attorneys

Kathleen M. McGuire
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park IL  60462
(708) 675-1975
Fax:  (708) 675-1786

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | No. 10 B 50562 |
| Craig L. Campbell and Kim Ann | ) | |
| Webster-Campbell, | ) | |
| | ) | Judge Donald R. Cassling (DuPage) |
| Debtors. | ) | |
| _____ | ) | |

### NOTICE OF HEARING ON MOTION FOR APPROVAL OF SETTLEMENT AND ABANDONMENT OF PROPERTY OF THE ESTATE

TO: ALL CREDITORS AND ALL OTHER PARTIES IN INTEREST:

Trustee David E. Grochocinski and Debtors Craig L. Campbell and Kim Ann Webster-Campbell have reached a settlement of the Trustee's claims in *Grochocinski v. Campbell,* No. 11 A 1897 (the "Adversary Proceeding"). As addressed below, under the terms of the proposed settlement, the Debtors will pay $100,000.00 to their bankruptcy estates (collectively, the "Estate") in exchange for the voluntary dismissal with prejudice of the Adversary Proceeding. Among other terms of the settlement, the Trustee will abandon the Estate's interests in OPAR, LLC ("OPAR"), Campbell Income Fund, L.P. (the "Partnership") and Land Trust 2000 B at First Financial Bank, successor to First National Bank of Danville (the "Land Trust"). **Please note that this settlement provides for the dismissal of an objection to the Debtors' discharge under 11 U.S.C. § 727(a). Pursuant to Local Bankruptcy Rule 7041, any creditors who wish to adopt and prosecute the Adversary Proceeding must seek leave to do so at or before the hearing on this motion.**

*Settlement of the Adversary Proceeding.*

The Trustee commenced the Adversary Proceeding by filing a complaint to deny the Debtors' discharge and exemptions on September 15, 2011. After litigation on three motions to dismiss the Adversary Proceeding, there is a five-count second amended complaint presently pending before the Court. The four counts seeking denial of discharge under 11 U.S.C. § 727(a) involve factual issues that would require extensive discovery, much of it in the Central District of Illinois. The § 727(a) claims also raise significant legal questions, including application of the doctrine of continuing concealment, and the question whether one of the counts is time-barred. Unlike the counts under § 727(a), the claim of breach of fiduciary duty in Count V is based on events occurring after the Debtors' bankruptcy filing on November 11, 2010 (the "Petition Date"). Both parties have indicated that they would likely pursue an appeal from any adverse judgment in the Adversary Proceeding, and the parties agree that the costs of continued litigation would be very substantial.

On May 20, 2013, Hon. Janet S. Baer conducted a mediation of the Adversary Proceeding. At the conclusion of the mediation, the Debtors offered to pay the sum of

$100,000.00 to the Estate in exchange for the dismissal with prejudice of the Adversary Proceeding and the abandonment of certain assets, as discussed below.  As a condition of the settlement, the Debtors will furnish information concerning their financial resources and ability to pay a judgment against them.  In considering the offer, the Trustee has considered the potential costs and difficulties of litigating the case to a judgment and on any appeal, as well as the Debtors' financial situation.  Based on that analysis, the Trustee believes that the proposed settlement offer is fair and reasonable and in the best interest of the estate and its creditors.

*Abandonment of Assets*

The Debtors own 100 percent of the membership interests in OPAR and 77 percent of the limited partnership interests in the Partnership.  Pursuant to the Court's opinion of July 2, 2012, the assets of OPAR and the Partnership are not property of the Debtors' bankruptcy Estate.  Based on his review of the assets and debts of OPAR and the Partnership, the Trustee believes that upon the dissolution and liquidation of either entity, the Estate would not receive any distribution.

On October 1, 2006, the Debtors assigned their beneficial interests in the Land Trust to Mrs. Campbell's mother, Regina Webster ("Webster"), and to their children.  The Land Trust holds title to property commonly known as 1124/1126 Wilkin Road, Danville, Illinois (the "Property").  Webster was granted a life estate in the Property and the Debtors' children were granted life estates in the Property upon Webster's death.  Based on the existence of the life estates, the Trustee believes that the Debtors' interests in the Land Trust have little or no value.  Because the assets are of inconsequential value and benefit to the Debtors' Estate, the Trustee wishes to abandon the Estate's interests in OPAR, the Partnership, and the Land Trust.

If you wish to file a written objection to this motion, it must be filed with the Clerk of the United States Bankruptcy Court, Room 710, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60603 no later than June 26, 2013, with a copy sent by e-mail to the Trustee's attorneys at lawyers@innovalaw.com.  If no objections are filed, the court will likely grant the relief requested.

Dated:  June 6, 2013                                  /s/ David E. Grochocinski, Trustee

## CERTIFICATE OF SERVICE

      I, Kathleen M. McGuire, an attorney, certify that I caused a copy of the foregoing Notice of Hearing to be served on all creditors scheduled by the debtor by first class mail by depositing same with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 p.m. this 6th day of June 2013.

                                                              /s/ Kathleen M. McGuire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 10-50562<br>Northern District of Illinois<br>Chicago<br>Fri Feb 1 10:56:02 CST 2013 | Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables, FL 33146-1837 | CENLAR Central Loan Admin & Reporting<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120-1176 |
| Cenlar FSB/CENLAR Central Loan Admin & Repor<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120-1176 | First National Bank of Grant Park<br>119 N. Main Street<br>P.O. Box 607<br>Grant Park, IL 60940-0607 | Heartland Bank and Trust Company<br>c/o Timothy J. Howard<br>Howard & Howard Attorneys, PC<br>211 Fulton, Suite 600<br>Peoria, IL 61602-1350 |
| LincolnWay Community Bank<br>c/o Howard & Howard/D.C. Giese<br>200 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604-2461 United States of | Midland States Bank<br>c/o Brian P Cummings<br>55 W. Monroe Street<br>Ste. 3000<br>Chicago, IL 60603-5097 | Prospect Bank<br>C/o Law Offices of Frank J. Simutis, P.C<br>123 S. 4th Street<br>Watseka, IL 60970-1601 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 74HH LLC<br>2675 Palmer Street<br>Suite F<br>Missoula, MT 59808-1741 | ANTs Software Inc.<br>71 Stevenson St.<br>Suite 400<br>San Francisco, CA 94105-0908 |
| American Med Imaging Services, Inc.<br>1616 E. Roosevelt Road<br>Suite 1<br>Wheaton, IL 60187-6850 | Andy Robinson<br>1132 Clairemont Lane<br>Burleson, TX 76028-0311 | Areo Jet Services LLC<br>15290 N. 78th Way, Suite B100<br>Scottsdale, AZ 85260-2618 |
| Bank of America<br>231 S. LaSalle St.<br>Chicago, IL 60604-1435 | Bank of America, N.A.<br>231 South Lasalle Street<br>Chicago, IL 60604-1435<br>Attn: John M. Schuessler | Banterra Bank<br>c/o James L. Van Winkle<br>301 S. Jackson St.<br>Mc Leansboro, IL 62859-1431 |
| Bayview Loan Servicing LLC<br>4425 Ponce Deleon Blvd 5th flr<br>Coral Gables, Florida 33146-1837 | Berry-Shino Securities, Inc.<br>15100 N. 78th Way<br>Scottsdale, AZ 85260-2534 | Bonnie Robinson<br>1132 Clairmont Lane<br>Burleson, TX 76028-0311 |
| Brian P. Cummings<br>Troutman Sanders, LLP<br>55 West Monroe Street<br>Suite 3000<br>Chicago IL 60603-5097 | C@R Trups LLC<br>15684 E. 2200 North Road<br>Danville, IL 61834-5374 | C&C Investment Group of Danville LLC<br>15684 E. 2200 North Road<br>Danville, IL 61834-5374 |
| Campbell Capital Advisors LLC<br>15684 E. 2200 North Road<br>Danville, IL 61834-5374 | Campbell Capital Management LLC<br>15684 E. 2200 North Road<br>Danville, IL 61834-5374 | Campbell Fixed Income Fund, LLC<br>221 N. LaSalle St.<br>#1137<br>Chicago, IL 60601-1327 |
| Campbell Income Fund LP<br>221 N. LaSalle Street<br>#1137<br>Chicago, IL 60601-1327 | Campbell International Aviation LLC<br>15684 E. 2200 North Road<br>Danville, IL 61834-5374 | Cenlar Mortgage<br>P.O. Box 211091<br>Egan, MN 55121-2491 |

```
Denmark Ventures LLC                        Dorothy High and Julie High                 Doug L. Campbell
15684 E. 2200 North Road                    co-Trustees of Trust 5368                   25 Ironwood Court
Danville, IL 61834-5374                     21521 Denmark Road                          Frankfort, IL 60423-1026
                                            Danville, IL 61834-5743


Douglas L. Campbell                         Dykema Gossett PLLC                         FDIC as Receiver for Legacy Bank
25 Ironwood Court                           400 Renaissance Center                      200 N. Martingale Rd., Suite 200
Frankfort, IL 60423-1026                    Detroit, MI 48243-1603                      Schaumburg, IL 60173-2040


FDIC as Receiver for The John Warner Bank   FDIC, Receiver for First State Bank of Winch   FDIC, as Receiver for Elizabeth State Bank
Jeannette M. Conrad                         Jeannette M. Conrad                            Jeannette M. Conrad
c/o Gonzalez, Saggio and Harlan, L.L.C.     c/o Gonzalez, Saggio and Harlan, L.L.C.        c/o Gonzalez, Saggio and Harlan, L.L.C.
2 Prudential Plz, 180 N Stetson Av, 4525    2 Prudential Plz, 180 N Stetson Av, 4525       2 Prudential Plz, 180 N Stetson Av, 4525
Chicago, IL 60601                           Chicago, IL 60601                              Chicago, IL 60601


FDIC, as Receiver for Legacy Bank           FDIC, as Receiver for Rock River Bank       FDIC-Rcvr, Peotone Bank and Trust Co.
Jeannette M. Conrad                         Jeannette M. Conrad                         Jeannette M. Conrad
c/o Gonzalez, Saggio and Harlan, L.L.C.     c/o Gonzalez, Saggio and Harlan, L.L.C.     c/o Gonzalez, Saggio and Harlan, L.L.C.
2 Prudential Plz, 180 N Stetson Av, 4525    2 Prudential Plz, 180 N Stetson Av, 4525    2 Prudential Plz, 180 N Stetson Av, 4525
Chicago, IL 60601                           Chicago, IL 60601                           Chicago, IL 60601


Federal Deposit Insurance Corp              Federal Deposit Insurance Corp              First National Bank of Beardstown
500 W. Monroe St                            Attn:  Gregory K. Watson                    1 North Side Square
Chicago, IL 60661-3776                      500 W. Monroe St., Ste. 3500                Winchester, IL 62694-1259
                                            Chicago, IL 60661-3784


First National Bank of Danville             First National Bank of Gilman               First National Bank of Gilman
One Towne Centre                            209 S. Crescent                             a/k/a Prospect Bank
Danville, IL 61832-5895                     Gilman, IL 60938                            209 S. Cresent St.
                                                                                        Gilman, IL 60938


First National Bank of Grant Park           First Security Bank                         First State Bank of Winchester
Law Offices Of Bruce A Brown                Collection Dept-Gin Creek                   One Northside Square
2776 Downing Court                          PO Box 1009                                 Winchester, IL 62694-1259
Aurora, IL 60502-1300                       Searcy, AR 72145-1009


First State Bank of Winchester              Founders Bank                               Founders Group, Inc.
nka First Nat'l Bank of Beardstown          6825 W. 111th Street                        7103 W. 111th Street
1 North Side Square                         Worth, IL 60482-1800                        Worth, IL 60482-1828
Winchester, IL 62694-1259


Hales Corners MRI, LLC                      Heartland Bank and Trust Company            Illinois Department of Revenue
1616 E. Roosevelt Road                      211 Fulton Street Suite 600                 Bankruptcy Section
Suite 1                                     Peoria,IL 61602-1350                        P.O. Box 64338
Wheaton, IL 60187-6850                                                                  Chicago, IL  60664-0338


Illinois Department of Revenue              (p)INTERNAL REVENUE SERVICE                 Iroquois Bancorp, Inc.
P.O. Box 19084                              CENTRALIZED INSOLVENCY OPERATIONS           209 S. Crescent
Springfield, IL 62794-9084                  PO BOX 7346                                 Gilman, IL 60938
                                            PHILADELPHIA PA 19101-7346
```

| | | |
|---|---|---|
| JW Bancorp, Inc.<br>7103 W. 111th St.<br>Worth, IL 60482-1828 | Jet Support Services Inc.<br>180 N. Stetson<br>Chicago, IL 60601-6753 | John Warner Bank<br>nka State Bank of Lincoln<br>508 Broadway<br>Lincoln, IL 62656-2706 |
| John Warner Financial Corp<br>301 S. Side Square<br>Clinton, IL 61727-1654 | KPMG<br>303 E. Wacker Drive<br>Chicago, IL 60601-5230 | Las Vegas TV<br>6363 S. Pecos Rd<br>Suite 109<br>Las Vegas, NV 89120-6291 |
| Legacy Bank<br>15100 N. 78th Way<br>Scottsdale, AZ 85260-2534 | Legacy Bank<br>c/o Alisa C Lacey,etal<br>1850 N Central Ave, ste 2100<br>Phoenix AZ 85004-4584 | Legacy Integrity Group, Inc.<br>15100 N. 78th Way<br>Scottsdale, AZ 85260-2535 |
| Lincolnway Community Bank<br>Timothy J. Howard I Mark A. Bogdanowicz<br>Howard & Howard Attorneys, PLLC<br>211 Fulton Street, Suite 600<br>Peoria, IL 61602-1350 | Lyle Campbell<br>8525 Kearney Road<br>Downers Grove, IL 60516-5035 | Lyle Campbell<br>8525 Kerney Road<br>Downers Grove, IL 60516-5035 |
| M&I Marshall & Ilsley Bank<br>One East Camelback Road<br>Phoenix, AZ 85012-1693 | Midland States Bank<br>c/o Brian P. Cummings<br>Troutman Sanders, LLP<br>55 West Monroe Street<br>Suite 3000<br>Chicago IL 60603-5097 | Midland States c/o Brian P. Cummings<br>Troutman Sanders, LLP<br>55 West Monroe Street<br>Suite 3000<br>Chicago IL 60603-5097 |
| Nancy Campbell<br>10281 E. Happy Valley Rd<br>Scottsdale, AZ 85255-2326 | Next Gen Partners, LLC<br>c/o Helix AZ Investments<br>4425 N. 24th St, #225<br>Phoenix, AZ 85016-0502 | Opar LLC<br>15684 E. 2200 North Road<br>Danville, IL 61834-5374 |
| Peotone Bancorp, Inc.<br>200 W. Corning<br>Peotone, IL 60468-8982 | Peotone Bank and Trust<br>200 W. Corning<br>Peotone, IL 60468-8982 | Peotone Bank and Trust<br>nka First Midwest Bank<br>200 W. Corning<br>Peotone, IL 60468-8928 |
| Phoenix Open MRI, LLC.<br>1616 E. Roosevelt Road<br>Suite 1<br>Wheaton, IL 60187-6850 | Rialto II LLC<br>2925 E. Page Ave.<br>Gilbert, AZ 85234-6331 | Rock River Bancorporation, Inc.<br>101 S. Fourth St.<br>Oregon, IL 61061-1609 |
| Rock River Bank of Oregon<br>101 S. Fourth St.<br>Oregon, IL 61061-1609 | Rock River Bank of Oregon<br>nka Harvard State Bank<br>101 S. Fourth St<br>Oregon, IL 61061-1609 | Rock Springs Medical Services, Inc.<br>1616 E. Roosevelt Road<br>Suite 1<br>Wheaton, IL 60187-6850 |
| Scott Campbell<br>10514 Williamsburg Trail<br>Frankfort, IL 60423-2210 | Scott County Bancorp, Inc.<br>One Northside Square<br>Winchester, IL 62694-1259 | Strategic Capital Bank<br>n/k/a Midland States Bank<br>133 W. Jefferson<br>Effingham, IL 62401-2344 |

T.R. McDowell
10375 Whitefeather Lane
Scottsdale, AZ 85262-8903

T.R. McDowell
11 Vista de Esperanza
Santa Fe, NM 87506-7941

T.R. McDowell
P.O. Box 31972
Santa Fe, NM 87594-1972


Terrapin Bancorp, Inc.
151 Main St.
Elizabeth, IL 61028-8800

The Elizabeth State Bank
151 Main St.
Elizabeth, IL 61028-8800

The Elizabeth State Bank
a/k/a Galena State Bank
151 N. Main Street
Elizabeth, IL 61028-8800


The Federal Deposit Insurance Corporation
Christopher L. Muzzo, Esq.,
c/o The Furnier Law Group LLC
6725 Miami Avenue, Suite 100
Cincinnati, Ohio 45243-3158

The Federal Deposit Insurance Corporation
Christopher L. Muzzo, Esq., c/o The Furn
6725 Miami Avenue, Suite 100
Cincinnati, Ohio 45243-3158

The John Warner Bank
301 S. Side Square
Clinton, IL 61727-1654


Thistlewood LLC
15684 E. 2200 North Road
Danville, IL 61834-5374

Tolleson Premier Properties, LLC
7537 North 54th Place
Paradise Valley, AZ 85243

Vendor Capital Group
4191 Fayetteville Road
Raleigh, NC 27603-3605


Vermilion Holdings, Inc.
7103 W. 111th Street
Worth, IL 60482-1828

Vermilion Riverfront LLC
15684 E. 2200 North Road
Danville, IL 61834-5374

Versailles Oakbrook
17 W. 720 Butterfield
Oak Brook Terrace, IL 60181-4202


Craig Lyle Campbell
1126 Wilkin Road
Danville, IL 61832-1634

David E Grochocinski
InnovaLaw, PC
1900 Ravinia Place
Orland Park, IL 60462-3760

John M Brom
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2686


Kim Ann Webster-Campbell
1126 Wilkin Road
Danville, IL 61832-1634

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999-0030


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.