UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-50562 |
| Craig L. Campbell and Kim Ann Webster-Campbell, | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

### Order Granting Motion for Approval of Settlement and Abandonment of Property of Estate

This matter having come before the Court on the motion (the "Motion") of David E. Grochocinski, trustee (the "Trustee") of the bankruptcy estates (collectively, the "Estate") of Debtors Craig L. Campbell and Kim Ann Webster-Campbell, for authority to enter into a settlement agreement with the Debtors and to abandon property of the Estate, due notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.
2. The Trustee's settlement with the Debtors is approved.
3. Pursuant to the parties' agreement, a separate order will be entered dismissing Adversary Proceeding 11 A 1897.
3. The Trustee is authorized to abandon the Estate's interests in OPAR, LLC, Campbell Income Fund, L.P. and Land Trust 2000 B at First Financial Bank, successor to First National Bank of Danville, and entry of this order shall constitute such abandonment.
4. Pursuant to 11 U.S.C. Sec. 362(c)(1), the automatic stay is terminated with respect to the Estate's interests in OPAR, LLC, Campbell Income Fund, L.P. and Land Trust 2000 B at First Financial Bank, successor to First National Bank of Danville.

Enter:

Donald R. Cassling

United States Bankruptcy Judge

Dated: 6-28-13

**Prepared by:**
Kathleen M. McGuire
InnovaLaw, P.C.
1900 Ravinia Place
Orland Park, IL  60462
Tel. (708) 675-1975
Fax: (708) 675-1786