UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-50562 |
| Craig L. Campbell and Kim Ann Webster-Campbell, | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Donald R. Cassling |
| | ) | DuPage |
| Debtor(s) | ) | |

**ORDER ALLOWING COMPENSATION TO COUNSEL FOR INITIAL TRUSTEE**

This matter coming before the Court on the second and final application of InnovaLaw, P.C. for entry of an order allowing compensation and reimbursement of expenses as counsel for the Initial Trustee, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The application of InnovaLaw, P.C. for final compensation in the sum of $79,364.50 and reimbursement of expenses of $311.50 is granted.

2.  The amount of compensation and reimbursement of expenses so allowed is payable as funds are available to do so at the discretion of the Successor Trustee.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated:  December 12, 2014

**Prepared by:**

Kathleen M. McGuire
InnovaLaw, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park IL  60462
p. 708-675-1975
f. 708-675-1786
e. lawyers@innovalaw.com