**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-50562 | DRC | Judge: DONALD R. CASSLING | | |
|---|---|---|---|---|---|

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 11/11/10 (f) |
| 341(a) Meeting Date: | 01/12/11 |
| Claims Bar Date: | 04/21/11 |

Case Name: CAMPBELL, CRAIG
CAMPBELL, KIM

For Period Ending: 09/30/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 15684 E 2200 NORTH ROAD, DANVILLE | 289,000.00 | 0.00 | | 540,000.00 | FA |
| | Sold per order 3/23/12 [dkt 127] | | | | | |
| 2. | 1124 WILKIN ROAD, DANVILLE, IL | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| | Abandoned per order 6/28/13 [dkt 171] | | | | | |
| 3. | 1126 WILKIN ROAD, DANVILLE, IL | 62,000.00 | 62,000.00 | OA | 0.00 | FA |
| | Abandoned per order 6/28/13 [dkt 171] | | | | | |
| 4. | 1134 WILKIN ROAD, DANVILLE | 60,000.00 | 0.00 | | 0.00 | FA |
| | Stay lifted per order 2/18/11 [dkt 44] | | | | | |
| 5. | GIRL SCOUT PROPERTY, DANVILLE | 40,000.00 | 40,000.00 | | 0.00 | FA |
| | Stay lifted per order 2/18/11 [dkt 44] | | | | | |
| 6. | CHATEAU PROPERTY, DANVILLE | 25,000.00 | 25,000.00 | | 0.00 | FA |
| | Stay lifted per order 2/18/11 [dkt 44] | | | | | |
| 7. | 125 S GILBERT STREET | 24,000.00 | 24,000.00 | | 50,000.00 | FA |
| | sold per order 3/23/12 [dkt 127] | | | | | |
| 8. | 2150 NORTH ROAD, DANVILLE | 30,000.00 | 0.00 | | 0.00 | FA |
| 9. | WALNUT HILL ROAD, DANVILLE | 15,000.00 | 0.00 | OA | 0.00 | FA |
| | Compelled to abandon per order 7/8/11 [dkt 75] | | | | | |
| 10. | BAYVIEW LOCT #41, DANVILLE, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| | Stay lifted per order 4/29/11 [dkt 61] | | | | | |
| 11. | CASH | 200.00 | 0.00 | | 0.00 | FA |
| 12. | CREDIT UNION ONE | 5.00 | 0.00 | | 0.00 | FA |
| 13. | CREDIT UNION ONE | 29.00 | 0.00 | | 0.00 | FA |
| 14. | RBC WEALTH MGMT | 0.00 | 0.00 | | 0.00 | FA |
| 15. | ROBERT BAIRD MINOR ACCOUNT | 136,847.00 | 0.00 | OA | 0.00 | FA |
| | Abandoned per order 12/16/11 [dkt 117] | | | | | |
| 16. | RBC WEALTH - MINOR ACCOUNT | 13,329.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: 10-50562   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: CAMPBELL, CRAIG | Date Filed (f) or Converted (c): | 11/11/10 (f) |
| CAMPBELL, KIM | 341(a) Meeting Date: | 01/12/11 |
| | Claims Bar Date: | 04/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Abandoned per order 12/16/11 [dkt 117] | | | | | |
| 17. RBC WEALTH - MINOR ACCOUNT | 64,149.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 12/16/11 [dkt 117] | | | | | |
| 18. SECURITY DEPOSIT | 600.00 | 0.00 | | 0.00 | FA |
| 19. HOUSEHOLD GOODS | 6,300.00 | 0.00 | | 0.00 | FA |
| 20. BOOKS | 1,000.00 | 0.00 | | 0.00 | FA |
| 21. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 22. FISHING POLES, ETC | 500.00 | 0.00 | | 0.00 | FA |
| 23. NORTHWESTERN MUTUAL WHOLE LIFE | 88,019.00 | 0.00 | | 0.00 | FA |
| 24. NORTHWESTERN MUTUAL WHOLE LIFE | 29,598.83 | 0.00 | | 0.00 | FA |
| 25. CRAIG CAMBELL LIFE INS TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 26. KIM WEBSTER TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 27. STIFEL NICOLAUS CUSTODIAN | 2,002,088.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 12/16/11 [dkt 117] | | | | | |
| 28. MERRILL LYNCH | 272,145.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 12/16/11 [dkt 117] | | | | | |
| 29. KIM WEBSTER CAMPBELL | 119,301.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 12/16/11 [dkt 117] | | | | | |
| 30. MERRILL LYNCH | 250,402.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 12/16/11 [dkt 117] | | | | | |
| 31. UNIVERSAL RETIREMENT | 6,560.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 12/16/11 [dkt 117] | | | | | |
| 32. FOUNDERS GROUP INC. | Unknown | 0.00 | | 0.00 | FA |
| 33. PEOTONE BANCORP, INC. | Unknown | 0.00 | | 0.00 | FA |
| 34. IROQUOIS BANCORP INC. | Unknown | 0.00 | | 0.00 | FA |
| 35. SCOTT COUNTY BANCORP INC. | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

| Case No: | 10-50562   DRC   Judge: DONALD R. CASSLING |
|---|---|
| Case Name: | CAMPBELL, CRAIG |
| | CAMPBELL, KIM |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 11/11/10 (f) |
| 341(a) Meeting Date: | 01/12/11 |
| Claims Bar Date: | 04/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 36. TERRAPIN BANCORP INC. | Unknown | 0.00 | | 0.00 | FA |
| 37. JW BANCORP INC. | Unknown | 0.00 | | 0.00 | FA |
| 38. LEGACY INTEGRITY GROUP INC. | Unknown | 0.00 | | 0.00 | FA |
| 39. ANTS SOFTWARE INC.<br>  Stay lifted 8/12/11 [dkt 81]; compelled to abandon 9/6/13 [dkt 186] | Unknown | 0.00 | OA | 0.00 | FA |
| 40. AMERICAN MED IMAGING SERVICES INC.<br>  Abandoned per order 8/24/12 [149] | 0.00 | 0.00 | OA | 0.00 | FA |
| 41. OTHENTEC LTD<br>  Abandoned per order 8/24/12 [149] | 0.00 | 0.00 | OA | 0.00 | FA |
| 42. GOEN BROTHERS AVIATION INC.<br>  Abandoned per order 8/24/12 [149] | 1,450.00 | 1,450.00 | OA | 0.00 | FA |
| 43. LAS VEGAS TELEVISION NETWORK<br>  Debtor has small minority ownership in asset | Unknown | 0.00 | | 0.00 | FA |
| 44. THISTLEWOOD LLC<br>  Abandoned per order 8/24/12 [149] | 125,000.00 | 125,000.00 | OA | 0.00 | FA |
| 45. DENMARK VENTURES LLC<br>  Abandoned per order 8/24/12 [149] | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| 46. VERMILLION RIVER FRONT LLC<br>  Compelled to abandon per order 9/6/13 [dkt 186] | 24,000.00 | 24,000.00 | OA | 0.00 | FA |
| 47. OPAR LLC<br>  Abandoned per order 6/28/13  [dkt 171] | 188,000.00 | 0.00 | OA | 0.00 | FA |
| 48. CAMPBELL FIXED INCOME FUND<br>  Abandoned per order 6/28/13  [dkt 171] | 0.00 | 0.00 | OA | 0.00 | FA |
| 49. CAMPBELL CAPITAL MGMT LLC<br>  Subsidiary of OPAR, LLC<br>  Abandoned per order 6/28/13  [dkt 171] | 0.00 | 0.00 | OA | 0.00 | FA |

Ver: 19.00

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 10-50562 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | CAMPBELL, CRAIG | | |
| | CAMPBELL, KIM | | |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 11/11/10 (f) |
| 341(a) Meeting Date: | 01/12/11 |
| Claims Bar Date: | 04/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 50. CAMPBELL CAPITAL ADVISORS LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 6/28/13  [dkt 171] | | | | | |
| 51. C&R TRUPS, LLC | 18,500.00 | 18,500.00 | OA | 0.00 | FA |
| Abandoned per order 10/21/11 [dkt 102] | | | | | |
| 52. HALES CORNORS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 53. 74HH, LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| Subsidiary of Campbell Aviation | | | | | |
| Abandoned with Campbell Aviation [dkt 186] | | | | | |
| 54. CAMPBELL INTERNATIONAL AVIATION LLC | 0.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 9/6/13  [dkt 186] | | | | | |
| 55. CAMPBELL INCOME FUND LLP | 384,469.00 | 0.00 | | 0.00 | FA |
| 56. 2007 & 2008 TAX REFUND | 300,000.00 | 300,000.00 | | 433,729.22 | FA |
| Prior Trustee previously recorded these funds as unsecured (Asset 66) | | | | | |
| 57. NORTHWESTERN LIFE INSUR POLICIES | Unknown | 117,618.00 | | 0.00 | FA |
| 58. LAWSUIT BY 74HH, LLV V STEVEN FOX | 700,000.00 | 0.00 | | 0.00 | FA |
| 59. LOANS TO AMERICAN MED IMAGING SERVICES INC. | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 60. 2000 FORD EXCURSION | 3,500.00 | 0.00 | | 0.00 | FA |
| 61. 1986 MERCEDES | 500.00 | 3,500.00 | | 3,000.00 | FA |
| Sold per order 7/20/12  [dkt 120] | | | | | |
| 62. 1987 ALFA ROMERA | 500.00 | 500.00 | | 500.00 | FA |
| Sold per order 7/20/12  [dkt 120] | | | | | |
| 63. 2005 CRESTLINER 25 HP | 2,000.00 | 2,000.00 | | 12,750.00 | FA |
| Sold per order 11/30/12 [dkt 200] | | | | | |
| 64. TRAILER | 250.00 | 250.00 | | 0.00 | FA |
| Sold per order 11/30/12 [dkt 200] | | | | | |
| 65. NAPLES NATIONAL GOLF CLUB EQUITY MEMBERSHIP | Unknown | 0.00 | OA | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:     5

| Case No: | 10-50562   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, CRAIG | | Date Filed (f) or Converted (c): | 11/11/10 (f) |
| | CAMPBELL, KIM | | 341(a) Meeting Date: | 01/12/11 |
| | | | Claims Bar Date: | 04/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Abandoned per order 10/21/11 [dkt 102] | | | | | |
| 66. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 67. STATE OF ILLINOIS REFUND | 7,625.26 | 7,625.26 | | 7,625.26 | FA |
| 68. POSSIBLE EQUITY IN BUTLER NAT'L GOLF CLUB | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 69. SEC INTEREST/LINCOLNWAY BANK/STRATEGIC CAP ET AL | 0.00 | 0.00 | OA | 0.00 | FA |
| 70. Discharge complaint settlement (u) | 100,000.00 | 100,000.00 | | 100,000.00 | FA |
| INT. Interest Earned (u) | Unknown | 0.00 | | 52.93 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,732,867.09 | $1,211,443.26 | | $1,187,657.41 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 1, 2015:  Appointed as second Successor Trustee in November, 2014; reviewed case docket and adversary case dockets to confirm all assets fully administered.  Successor Trustee determined that Estate tax returns had not previously been filed during the case's administration.  Successor Trustee worked with Debtor's counsel and Estate's accountants to coordinate the receipt of all documentation and information needed by accountant to prepare the Estate's tax returns for 2010 through a final tax return (2014).  Estate tax returns will be prepared and filed in October, 2015. Trustee reviewed claims and is resolving claim issues either by agreement or objection; will file TFR upon completion of claims review process and she will submit her final report by year end.
Active

Prior Trsutee's Notes:
341 MEETING 1/12/11 AND CONTINUED FOR HEARING IN CHICAGO; MANY ASSETS AND POSSIBLE TRANSFERS; WAS FORMER SHAREHOLDER OF

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Page: 6

| | | | |
|---|---|---|---|
| Case No: | 10-50562    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, CRAIG | Date Filed (f) or Converted (c): | 11/11/10 (f) |
| | CAMPBELL, KIM | 341(a) Meeting Date: | 01/12/11 |
| | | Claims Bar Date: | 04/21/11 |

BANK GROUP TAKEN OVER BY FDIC; INVESTIGATION OF FURTHER TRANSFERS PENDING; LITIGATION PENDING VS DEBTORS REGARDING 727;

SALE OF REAL ESTATE PENDING; ADVERSARY VERSUS CAMPBELL PENDING REGARDING BREACH OF FIDUCIARY DUTY AND LIKE CASES

Settled and compromised last issues. Order entered 6/28/2013. Final tax returns pending.

Pending negotiations re: sale interest of debtor in Butler National Golf Club.

Investigating whether estate of Lyle Campbell wishes to engage in some form of joint disposition of Las Vegas TV stock.

Sale of Debtor Craig Campbell's former membership interest in Butler National Golf Club to Butler National Golf Club per

order entered December 13, 2013.

reviewing some other liquidation issues re some of the LLC's or partnership assets.  est of final report is end of JUne

2014.

Initial Projected Date of Final Report (TFR): 06/30/13          Current Projected Date of Final Report (TFR): 12/30/15

Ver: 19.00

**FORM 2** Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           10-50562  -DRC
Case Name:         CAMPBELL, CRAIG
                   CAMPBELL, KIM
Taxpayer ID No:    *******5483
For Period Ending: 09/30/15

Trustee Name:      Elizabeth C. Berg, Trustee
Bank Name:         UNKNOWN BANK
Account Number / CD #:    *******6765  Money Market Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/11 | 67 | JUDY BAAR TOPINKA, COMPTROLLER STATE OF ILLINOIS | REFUND/PERIOD ENDING 12/2009 | 1124-000 | 7,625.26 | | 7,625.26 |
| 03/25/11 | 56 | US TREASURY | Tax Refund | 1124-000 | 61,646.22 | | 69,271.48 |
| 03/25/11 | 56 | US TREASURY | TAX REFUND | 1124-000 | 372,083.00 | | 441,354.48 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.45 | | 441,355.93 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 10.87 | | 441,366.80 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 11.24 | | 441,378.04 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.62 | | 441,381.66 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.74 | | 441,385.40 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 846.48 | 440,538.92 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.73 | | 440,542.65 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,026.14 | 439,516.51 |
| 09/15/11 | 001001 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. 1900 Ravinia Place Orland Park, IL 60462 | REIMBURSEMENT FOR ADV FILING COSTS 2700-000      $-250.00 | 2700-000 | | 250.00 | 439,266.51 |
| 09/26/11 | | The Bank of New York Mellon BANK OF NY MELLON | Bank/Tech Services Fee Adjustment Adjustment       Memo Amount:       30.23 reversal of bank/tech fee | 2600-000 | | -30.23 | 439,296.74 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.60 | | 439,300.34 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 902.94 | 438,397.40 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.71 | | 438,401.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 870.79 | 437,530.32 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.58 | | 437,533.90 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 959.08 | 436,574.82 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.70 | | 436,578.52 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 897.06 | 435,681.46 |

Page Subtotals     441,403.72     5,722.26

LFORM24                                                                                                    Ver: 19.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-50562  -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | CAMPBELL, CRAIG | Bank Name: | UNKNOWN BANK |
| | CAMPBELL, KIM | Account Number / CD #: | *******6765  Money Market Account |
| Taxpayer ID No: | *******5483 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.69 | | 435,685.15 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 952.47 | 434,732.68 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 434,732.68 | 0.00 |
| | | | 9999-000      $-434,732.68 | | | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 30.23 | COLUMN TOTALS | | 441,407.41 | 441,407.41 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 434,732.68 | |
| | | Subtotal | | 441,407.41 | 6,674.73 | |
| Memo Allocation Net: | 30.23 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 441,407.41 | 6,674.73 | |

Page Subtotals          3.69          435,685.15

Ver: 19.00

FORM 2                                                                                                    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 10-50562  -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, CRAIG | Bank Name: | UNKNOWN BANK |
| | CAMPBELL, KIM | Account Number / CD #: | *******6766  Checking Account |
| Taxpayer ID No: | *******5483 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals                    0.00               0.00

Ver: 19.00

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          10-50562 -DRC
Case Name:      CAMPBELL, CRAIG
                      CAMPBELL, KIM
Taxpayer ID No: *******5483
For Period Ending: 09/30/15

Trustee Name:       Elizabeth C. Berg, Trustee
Bank Name:          UNKNOWN BANK
Account Number / CD #:   *******6201 DDA

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 434,732.68 | | 434,732.68 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | 386.67 | 434,346.01 |
| | | | 2300-000          $-386.67 | | | | |
| 02/24/12 | 005002 | The  Cincinnati Insurance Co P.O. Box 740099 Cincinnati,, OH  45274 | INSURANCE EXPENSES 2420-750          $-339.00 | 2420-750 | | 339.00 | 434,007.01 |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 520.18 | 433,486.83 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 722.15 | 432,764.68 |
| 04/05/12 | 005003 | AMEREN ILLINOIS P. O. BOX 66884 ST. LOUIS, MO  631666884 | UTILITIES 2420-000          $-172.16 | 2420-000 | | 172.16 | 432,592.52 |
| 04/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 653.12 | 431,939.40 |
| 05/17/12 | | VERMILION COUNTY TITLE, INC. 112 N VERMILION ST DANVILLE, IL  61832 | SALE OF REAL PROPERTY | | 57,796.20 | | 489,735.60 |
| | | | Memo Amount:     (        111.00 ) | 2500-000 | | | |
| | | | COURIER FEE/RECORDATION FEE/ETC | | | | |
| | | | Memo Amount:     (     10,800.00 ) | 3510-000 | | | |
| | | | COLDWELL BANKER HONIG BELL | | | | |
| | | | Memo Amount:     (     16,200.00 ) | 3510-000 | | | |
| | | | REMAX | | | | |

Page Subtotals          492,528.88          2,793.28

LFORM24

Ver: 19.00

FORM 2                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-50562 -DRC | |
| Case Name: | CAMPBELL, CRAIG | |
| | CAMPBELL, KIM | |
| Taxpayer ID No: | *******5483 | |
| For Period Ending: | 09/30/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | *******6201  DDA |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:     (     1,998.00 ) | 2500-000 | | | |
| | | | VERMILION COUNTY TITLE | | | | |
| | | | TITLE INS, | | | | |
| | | | ETC | | | | |
| | | | Memo Amount:     (     188.44 ) | 2820-000 | | | |
| | | | 2009 REDEMPTION OF TAXES | | | | |
| | | | Memo Amount:     (     12,255.48 ) | 2820-000 | | | |
| | | | 2011 COUNTY TAXES | | | | |
| | | | Memo Amount:     (     4,520.46 ) | 2820-000 | | | |
| | | | COUNTY TAXES - 2012 | | | | |
| | | | Memo Amount:     (     436,130.42 ) | 4110-000 | | | |
| | | | PAYOFF OF MORTGAGE | | | | |
| | 1 | | Memo Amount:     540,000.00 | 1110-000 | | | |
| | | | Sale Proceeds 15684 E 220 North Rd | | | | |
| | | | Sold per order 3/23/12 | | | | |
| 05/25/12 | 005004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 18.14 | 489,717.46 |
| | | LOCKBOX 577 | 2990-000      $-18.14 | | | | |
| | | CAROL STREAM, IL  60132 | | | | | |
| 05/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 739.13 | 488,978.33 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 06/01/12 | | VERMILLION COUNTY TITLE, INC. | SALE OF RIVERFRONT PROPERTY | | 42,048.90 | | 531,027.23 |
| | | 112 N VERMILION ST | | | | | |
| | | DANVILLE, IL  61832 | | | | | |
| | | | Memo Amount:     (     2,376.30 ) | 2810-000 | | | |
| | | | 2010 SOLD RE TAXES | | | | |
| | | | Memo Amount:     (     1,491.90 ) | 2820-000 | | | |
| | | | 2011 RE TAXES | | | | |
| | | | Memo Amount:     (     582.90 ) | 2820-000 | | | |
| | | | COUNTY TAXES | | | | |

|  | Page Subtotals | 42,048.90 | 757.27 |
|---|---|---|---|

LFORM24                                                                                    Ver: 19.00

FORM 2                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-50562 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, CRAIG | | Bank Name: | UNKNOWN BANK |
| | CAMPBELL, KIM | | Account Number / CD #: | *******6201 DDA |
| Taxpayer ID No: | *******5483 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:         ( 3,500.00 ) | 3510-000 | | | |
| | | | COMMISSION TO REALTOR | | | | |
| | 7 | | Memo Amount:         50,000.00 | 1110-000 | | | |
| | | | SALE OF RIVERFRONT PROPERTY | | | | |
| 06/04/12 | 005005 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 20.13 | 531,007.10 |
| | | LOCKPORT 577 | 2990-000         $-20.13 | | | | |
| | | CAROL STREAM, IL  60132- | | | | | |
| 06/07/12 | 005006 | AMEREN ILLINOIS | ACCT# 19430-57137/ELECTRIC | 2420-000 | | 314.81 | 530,692.29 |
| | | P.O. BOX 66884 | SVC/MARCH, APRIL, MAY/15684 E 22ND | | | | |
| | | ST LOUIS, MO  63166- | NORTH RD, DANVILLE, IL | | | | |
| | | | 2420-000         $-314.81 | | | | |
| 06/29/12 | | Green Bank | Bank Service Fee | 2600-000 | | 850.05 | 529,842.24 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 07/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 827.42 | 529,014.82 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 08/24/12 | 005007 | InnovaLaw, PC | Interim fees & expnses to counsel | | | 148,941.45 | 380,073.37 |
| | | 1900 Ravinia Palce | for Trustee | | | | |
| | | Orland Park, IL  60462 | 3110-000         $-148,627.00 | | | | |
| | | | 3120-000         $-314.45 | | | | |
| | | | Fees         148,627.00 | 3110-000 | | | |
| | | | Expenses         314.45 | 3120-000 | | | |
| 08/28/12 | 005008 | InnovaLaw, PC | Reimbursement for trustee's | 2700-000 | | 293.00 | 379,780.37 |
| | | 1900 Ravinia Palce | counsel regarding adversary filing fee | | | | |
| | | Orland Park, IL  60462 | 2700-000         $-293.00 | | | | |
| 08/31/12 | | Green Bank | Bank Service Fee | 2600-000 | | 874.25 | 378,906.12 |
| | | 401 Greenbriar | | | | | |
| | | Houston, TX  77098 | | | | | |
| 09/05/12 | 61, 62 | KIM WEBSTER-CAMPBELL | SALE OF VEHICLES [dkt 140] | 1129-000 | 3,500.00 | | 382,406.12 |

|  | Page Subtotals | 3,500.00 | 152,121.11 |
|---|---|---|---|

LFORM24                                                                                    Ver: 19.00

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  10-50562 -DRC
Case Name:  CAMPBELL, CRAIG
CAMPBELL, KIM
Taxpayer ID No:  *******5483
For Period Ending:  09/30/15

Trustee Name:  Elizabeth C. Berg, Trustee
Bank Name:  UNKNOWN BANK
Account Number / CD #:  *******6201  DDA

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 15684 E 2200 NORTH ROAD<br>DANVILLE, IL 61834 | | | | | |
| 09/28/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 537.09 | 381,869.03 |
| 10/22/12 | 63 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | SALE OF 2005 CRESTLINER PONTOON | 1129-000 | 12,750.00 | | 394,619.03 |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 622.19 | 393,996.84 |
| 11/09/12 | 005009 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | OVERNIGHT DELIVERY CHARGES<br>2990-000      $-22.52 | 2990-000 | | 22.52 | 393,974.32 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 656.28 | 393,318.04 |
| * 12/04/12 | 005010 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | FEES & EXPENSES TO AUCTIONEER<br>3610-000      $-1,275.00<br>     3620-000      $-1,161.02<br>     Fees        1,275.00<br>     Expenses    1,161.02 | <br><br><br>3610-003<br>3620-003 | | 2,436.02 | 390,882.02 |
| * 12/04/12 | 005010 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | Voided check to auctioneer | | | -2,436.02 | 393,318.04 |
| 12/04/12 | 005011 | AMERICAN AUCTION ASSOCIATES<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | EXPENSES TO AUCTIONEER [dkt 160]<br>3620-000      $-1,161.02 | 3620-000 | | 1,161.02 | 392,157.02 |
| 12/14/12 | 005012 | CARLEEN L CIGNETTO<br>2 DEARBORN SQUARE SUITE 2 | Professional Compensation [dkt 161]<br>3210-600      $-1,000.00 | 3210-600 | | 1,000.00 | 391,157.02 |

Page Subtotals  12,750.00  3,999.10

LFORM24  Ver: 19.00

Page:    8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-50562 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, CRAIG | | Bank Name: | UNKNOWN BANK |
| | CAMPBELL, KIM | | Account Number / CD #: | *******6201 DDA |
| Taxpayer ID No: | *******5483 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | KANKAKEE, IL 60901 | | | | | |
| 12/14/12 | 005013 | CARLEEN L CIGNETTO<br>2 DEARBORN SQUARE SUITE 2<br>KANKAKEE, IL 60901 | Reimbursement of Expenses [dkt 161]<br>3220-610        $-99.00 | 3220-610 | | 99.00 | 391,058.02 |
| 12/17/12 | 005014 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Trustee comp per [dkt 32, 12A1323] | 2100-000 | | 8,100.00 | 382,958.02 |
| 12/17/12 | 005015 | Midland States Bank | lien allowed [dkt 32, 12A1323]<br>4120-000        $-38,066.13 | 4120-000 | | 38,066.13 | 344,891.89 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 564.52 | 344,327.37 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 555.64 | 343,771.73 |
| 02/21/13 | 005016 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond#016026455<br>2300-000        $-325.66 | 2300-000 | | 325.66 | 343,446.07 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 501.02 | 342,945.05 |
| 03/25/13 | 005017 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 601320577 | OVERNIGHT DELIVERY CHARGES<br>2990-000        $-30.16 | 2990-000 | | 30.16 | 342,914.89 |
| 03/29/13 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 553.40 | 342,361.49 |

|  | Page Subtotals | 0.00 | 48,795.53 |
|---|---|---|---|

LFORM24

Ver: 19.00

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        10-50562 -DRC
Case Name:   CAMPBELL, CRAIG
                      CAMPBELL, KIM
Taxpayer ID No:  *******5483
For Period Ending: 09/30/15

Trustee Name:        Elizabeth C. Berg, Trustee
Bank Name:           UNKNOWN BANK
Account Number / CD #:   *******6201  DDA

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 2900 North Loop West, Suite 200 Houston, TX  77092 | | | | | |
| 04/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 534.64 | 341,826.85 |
| 05/09/13 | 005018 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL  60462 | reimbusement for court reporter expense      2690-000      $-42.00 | 2690-000 | | 42.00 | 341,784.85 |
| 05/29/13 | 005019 | UPS LOCKBOX 577 CAROL STREAM, IL  60132 | OVERNIGHT DELIVERY FEES 2990-000      $-21.98 | 2990-000 | | 21.98 | 341,762.87 |
| 05/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 587.14 | 341,175.73 |
| 06/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 497.27 | 340,678.46 |
| 07/11/13 | 70 | Goldberg Kohn Client Funds Account 55 E. Monroe Street Suite 3300 Chicago, IL  60603 | Per settlement of adversary 11A1897 | 1249-000 | 100,000.00 | | 440,678.46 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 653.86 | 440,024.60 |
| 08/30/13 | | Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 755.87 | 439,268.73 |

Page Subtotals          100,000.00          3,092.76

Ver: 19.00

LFORM24

FORM 2

Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-50562 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, CRAIG | | Bank Name: | UNKNOWN BANK |
| | CAMPBELL, KIM | | Account Number / CD #: | *******6201 DDA |
| Taxpayer ID No: | *******5483 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | 2900 North Loop West, Suite 200 Houston, TX 77092 Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 640.24 | 438,628.49 |
| 10/31/13 | | 2900 North Loop West, Suite 200 Houston, TX 77092 Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 707.81 | 437,920.68 |
| 11/29/13 | | 2900 North Loop West, Suite 200 Houston, TX 77092 Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 706.67 | 437,214.01 |
| 12/18/13 | 68 | 2900 North Loop West, Suite 200 Houston, TX 77092 Butler National Golf Club 2616 S. York Rd. Oak Brook, IL 60523 | Sale of Debtor's former membership interest in Butler National Golf Club to Butler National Golf Club per December 13, 2013 order. | 1129-000 | 40,000.00 | | 477,214.01 |
| 12/31/13 | | Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 686.93 | 476,527.08 |
| 01/31/14 | | 2900 North Loop West, Suite 200 Houston, TX 77092 Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 818.58 | 475,708.50 |
| 02/28/14 | | 2900 North Loop West, Suite 200 Houston, TX 77092 Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 693.36 | 475,015.14 |
| 03/31/14 | | 2900 North Loop West, Suite 200 Houston, TX 77092 Green Bank | Bank Service Fee | 2600-000 | | 717.07 | 474,298.07 |

| | | | | Page Subtotals | 40,000.00 | 4,970.66 | |

LFORM24

Ver: 19.00

FORM 2

Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-50562  -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, CRAIG | | Bank Name: | UNKNOWN BANK |
| | CAMPBELL, KIM | | Account Number / CD #: | *******6201  DDA |
| Taxpayer ID No: | *******5483 | | | |
| For Period Ending: | 09/30/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/14 | 005020 | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14 to 2/10/15             2300-000          $-393.59 | 2300-000 | | 393.59 | 473,904.48 |
| 04/30/14 | | GREEN BANK 4000 Greenbriar Drive Houston, TX 77098 | Bank Service Fee | 2600-000 | | 740.21 | 473,164.27 |
| 05/30/14 | | GREEN BANK 4000 Greenbriar Drive Houston, TX 77098 | Bank Service Fee | 2600-000 | | 788.17 | 472,376.10 |
| 06/30/14 | | GREEN BANK 4000 Greenbriar Drive Houston, TX 77098 | Bank Service Fee | 2600-000 | | 713.09 | 471,663.01 |
| 07/31/14 | | GREEN BANK 4000 Greenbriar Drive Houston, TX 77098 | Bank Service Fee | 2600-000 | | 761.12 | 470,901.89 |
| 08/08/14 | | Joseph Voiland, Former Trustee 1625 Wing Road Yorkville IL 60560 | Transfer Funds to Suc. TR Voiland | 9999-000 | | 469,700.77 | 1,201.12 |
| 08/08/14 | | GREEN BANK 4000 Greenbriar Drive Houston, TX 77098 | Bank Service Fee | 2600-000 | | 1,201.12 | 0.00 |

Page Subtotals                 0.00              474,298.07

Ver: 19.00

LFORM24

Page:    12

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-50562  -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | CAMPBELL, CRAIG | Bank Name: | UNKNOWN BANK |
| | CAMPBELL, KIM | Account Number / CD #: | *******6201  DDA |
| Taxpayer ID No: | *******5483 | | |
| For Period Ending: | 09/30/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 590,000.00 | COLUMN TOTALS | | 690,827.78 | 690,827.78 | 0.00 |
| | Memo Allocation Disbursements: | 490,154.90 | Less:  Bank Transfers/CD's | | | 434,732.68 | 0.00 |
| | | | Subtotal | | 256,095.10 | 690,827.78 | |
| | Memo Allocation Net: | 99,845.10 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 256,095.10 | 690,827.78 | |

Page Subtotals              0.00              0.00

LFORM24

Ver: 19.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 13

| Case No: | 10-50562 -DRC |
| Case Name: | CAMPBELL, CRAIG |
| | CAMPBELL, KIM |
| Taxpayer ID No: | *******5483 |
| For Period Ending: | 09/30/15 |

| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6669 Checking Acct - ECB TR |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee 1625 Wing Road Yorkville IL 60560 | transfer Funds to Succesor TR Berg | 9999-000 | 467,115.74 | | 467,115.74 |
| 12/22/14 | 001001 | INNOVALAW, P.C. 15020 S. RAVINIA AVE., STE 29 ORLAND PARK, IL  60462 | FINAL COMPENSATION - TR ATTY'S FEES Final Compensation due to InnovaLaw for Trustee's Attorney Fees per Court Order dated December 12, 2014 | 3110-000 | | 79,364.50 | 387,751.24 |
| 12/22/14 | 001002 | INNOVALAW, P.C. 15020 S. RAVINIA AVE., STE 29 ORLAND PARK, IL  60462 | FINAL COMPENSATION - TR ATTY'S EXP Final Compensation due to InnovaLaw for Trustee Attorney's Expenses per Court Order dated December 12, 2014 | 3120-000 | | 311.50 | 387,439.74 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 462.15 | 386,977.59 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 575.32 | 386,402.27 |
| 02/20/15 | 001003 | Arthur B. Levine Company Adams Levine 60 East 42nd Street New York NY 10165 | 2015 Bond Premium | 2300-000 | | 329.47 | 386,072.80 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 518.87 | 385,553.93 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 573.19 | 384,980.74 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 553.90 | 384,426.84 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 571.53 | 383,855.31 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 552.23 | 383,303.08 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 569.86 | 382,733.22 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 569.02 | 382,164.20 |

Page Subtotals       467,115.74       84,951.54

Ver: 19.00

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-50562  -DRC |
| Case Name: | CAMPBELL, CRAIG |
| | CAMPBELL, KIM |
| Taxpayer ID No: | *******5483 |
| For Period Ending: | 09/30/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6669  Checking Acct - ECB TR |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 467,115.74 | 84,951.54 | 382,164.20 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 467,115.74 | 0.00 | |
| | | | | Subtotal | | 0.00 | 84,951.54 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 0.00 | 84,951.54 | |

Page Subtotals            0.00            0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   15

| Case No: | 10-50562 -DRC |
|---|---|
| Case Name: | CAMPBELL, CRAIG |
| | CAMPBELL, KIM |
| Taxpayer ID No: | *******5483 |
| For Period Ending: | 09/30/15 |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******2162  Checking Account - JRV TR |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/14 | | David E Grochocinski, Former Trustee Grochocinski & Grochocinski 1900 Ravinia Place Orland Park, IL 60462 | Transfer of Estate Funds from PrioR | 9999-000 | 469,700.77 | | 469,700.77 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 540.48 | 469,160.29 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 675.00 | 468,485.29 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 696.50 | 467,788.79 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE Manually input the adjustment due to the transfer of funds from Violand Account to new ECB Account. Confirmed amount of bank fee and date of fee with Associated Bank. ~JMM 12.22.14 | 2600-000 | | 673.05 | 467,115.74 |
| 12/10/14 | | Elizabeth C. Berg Successor Trustee 20 N. Clark St. #200 Chicago IL 60603 | Transfer Funds to Successor TR Berg | 9999-000 | | 467,115.74 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 469,700.77 | 469,700.77 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 469,700.77 | 0.00 | |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 | 469,700.77 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 469,700.77 | |

| | | NET | ACCOUNT |
|---|---|---|---|
| Total Allocation Receipts: | 590,030.23 * | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 490,154.90 * | Money Market Account - *******6765 | 441,407.41 | 6,674.73 | 0.00 |
| | | Checking Account - *******6766 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 99,875.33 | DDA - *******6201 | 256,095.10 | 690,827.78 | 0.00 |
| | | Checking Acct - ECB TR - *******6669 | 0.00 | 84,951.54 | 382,164.20 |
| | | Checking Account - JRV TR - *******2162 | 0.00 | 469,700.77 | 0.00 |
| | | Page Subtotals | 469,700.77 | 469,700.77 | |

LFORM24

Ver: 19.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-50562  -DRC | |
| Case Name: | CAMPBELL, CRAIG | |
| | CAMPBELL, KIM | |
| Taxpayer ID No: | *******5483 | |
| For Period Ending: | 09/30/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******2162  Checking Account - JRV TR |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 697,502.51 | 1,252,154.82 | 382,164.20 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 19.00