**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAMPBELL, CRAIG | § | Case No. 10-50562 |
| CAMPBELL, KIM | § | |
| | § | |
| | § | |
| Debtors | § | |

**NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Friday, April 8, 2016
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Successor Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____              By: Jeffrey P. Allsteadt_____

*Elizabeth C Berg,  Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CAMPBELL, CRAIG § Case No. 10-50562
CAMPBELL, KIM §
§
Debtors §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,187,657.41 |
| and approved disbursements of | $ | 807,461.84 |
| leaving a balance on hand of[1] | $ | 380,195.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 11A | Bank of America, N.A. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8A | Lincolnway Community Bank | $ 43,638.71 | $ 43,638.71 | $ 43,638.71 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 380,195.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 25,389.86 | $ 0.00 | $ 25,389.86 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 67.95 | $ 0.00 | $ 67.95 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 5,827.00 | $ 0.00 | $ 5,827.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 3.54 | $ 0.00 | $ 3.54 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates | $ 6,461.70 | $ 0.00 | $ 6,461.70 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates | $ 69.99 | $ 0.00 | $ 69.99 |
| Fees: David E. Grochocinski, prior trustee | $ 33,489.86 | $ 8,100.00 | $ 25,389.86 |
| Other: Adams-Levine | $ 303.18 | $ 303.18 | $ 0.00 |
| Other: Arthur B. Levine Company | $ 329.47 | $ 329.47 | $ 0.00 |
| Other: INNOVALAW, P.C. | $ 227,991.50 | $ 227,991.50 | $ 0.00 |
| Other: INNOVALAW, P.C. | $ 625.95 | $ 625.95 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 63,209.90

Remaining Balance    $ 316,985.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 25,529.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6 | Illinois Department of Revenue | $ 25,529.75 | $ 0.00 | $ 25,529.75 |

Total to be paid to priority creditors    $ 25,529.75

Remaining Balance    $ 291,455.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,643,828.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.

The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Security Bank | $ 1,517,988.65 | $ 0.00 | $ 3,285.90 |
| 2 | Legacy Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | Heartland Bank and Trust Company | $ 2,706,437.81 | $ 0.00 | $ 5,858.47 |
| 4 | Midland States Bank successor to | $ 1,125,112.27 | $ 0.00 | $ 2,435.47 |
| 5 | FDIC, as Receiver for Legacy Bank | $ 17,226,717.16 | $ 0.00 | $ 37,289.71 |
| 6a | Illinois Department of Revenue | $ 5,432.82 | $ 0.00 | $ 11.76 |
| 7 | First National Bank of Beardstown | $ 381,736.32 | $ 0.00 | $ 826.32 |
| 8 | Lincolnway Community Bank | $ 2,901,106.37 | $ 0.00 | $ 6,279.86 |
| 9 | Midland States Bank | $ 6,901,289.29 | $ 0.00 | $ 14,938.83 |
| 10 | Bayview Loan Servicing LLC | $ 3,098,177.94 | $ 0.00 | $ 6,706.45 |
| 11 | Bank of America, N.A. | $ 52,732,574.36 | $ 0.00 | $ 114,147.24 |
| 12 | The Federal Deposit Insurance Corporation | $ 12,755,895.00 | $ 0.00 | $ 27,611.97 |
| 13 | The Federal Deposit Insurance Corporation | $ 12,755,895.00 | $ 0.00 | $ 27,611.97 |
| 14 | FDIC-Rcvr, Peotone Bank and Trust Co. | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | FDIC as Receiver for The John Warner Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | FDIC, as Receiver for Rock River Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | The Federal Deposit Insurance Corporation | $ 20,535,466.00 | $ 0.00 | $ 44,451.97 |
| 18 | FDIC, as Receiver for Elizabeth State Bank | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | FDIC, Receiver for First State Bank of Winchester | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 291,455.92 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/_____
                             Elizabeth C. Berg, Successor Trustee

*Elizabeth C Berg, Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-50562-DRC
Craig Lyle Campbell                                                     Chapter 7
Kim Ann Webster-Campbell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez           Page 1 of 4           Date Rcvd: Mar 16, 2016
                              Form ID: pdf006           Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2016.
```
db/jdb         +Craig Lyle Campbell,    Kim Ann Webster-Campbell,    1126 Wilkin Road,    Danville, IL 61832-1634
aty            +Baldi Berg Ltd,    20 N Clark Street Ste 200,    Chicago, IL 60602-4120
16411982       +74HH LLC,    2675 Palmer Street,    Suite F,    Missoula, MT 59808-1741
16411985       +ANTs Software Inc.,    71 Stevenson St.,    Suite 400,    San Francisco, CA 94105-0908
16411983       +American Med Imaging Services, Inc.,    1616 E. Roosevelt Road,    Suite 1,
                 Wheaton, IL 60187-6850
16411984       +Andy Robinson,    1132 Clairemont Lane,    Burleson, TX 76028-0311
16411986       +Areo Jet Services LLC,    15290 N. 78th Way, Suite B100,    Scottsdale, AZ 85260-2618
16411988       +Banterra Bank,    c/o James L. Van Winkle,    301 S. Jackson St.,    Mc Leansboro, IL 62859-1431
16411990       +Bonnie Robinson,    1132 Clairmont Lane,    Burleson, TX 76028-0311
17157272       +Brian P. Cummings,    Troutman Sanders, LLP,    55 West Monroe Street,    Suite 3000,
                 Chicago IL 60603-5097
16411991       +C&C Investment Group of Danville LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
16411995       +Campbell Fixed Income Fund, LLC,    221 N. LaSalle St.,    #1137,    Chicago, IL 60601-1327
16411996       +Campbell Income Fund LP,    221 N. LaSalle Street,    #1137,    Chicago, IL 60601-1327
16411997       +Campbell International Aviation LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
16411998       +Cenlar Mortgage,    P.O. Box 211091,    Egan, MN 55121-2491
16412000       +Dorothy High and Julie High,    co-Trustees of Trust 5368,    21521 Denmark Road,
                 Danville, IL 61834-5743
16412001       +Doug L. Campbell,    25 Ironwood Court,    Frankfort, IL 60423-1026
16412002       +Douglas L. Campbell,    25 Ironwood Court,    Frankfort, IL 60423-1026
16412003       +Dykema Gossett PLLC,    400 Renaissance Center,    Detroit, MI 48243-1603
16831718       +FDIC as Receiver for Legacy Bank,    200 N. Martingale Rd., Suite 200,
                 Schaumburg, IL 60173-2040
17169767        FDIC as Receiver for The John Warner Bank,    Jeannette M. Conrad,
                 c/o Gonzalez, Saggio and Harlan, L.L.C.,    2 Prudential Plz, 180 N Stetson Av, 4525,
                 Chicago, IL 60601
17169885        FDIC, Receiver for First State Bank of Winchester,    Jeannette M. Conrad,
                 c/o Gonzalez, Saggio and Harlan, L.L.C.,    2 Prudential Plz, 180 N Stetson Av, 4525,
                 Chicago, IL 60601
17169805        FDIC, as Receiver for Elizabeth State Bank,    Jeannette M. Conrad,
                 c/o Gonzalez, Saggio and Harlan, L.L.C.,    2 Prudential Plz, 180 N Stetson Av, 4525,
                 Chicago, IL 60601
17169903        FDIC, as Receiver for Legacy Bank,    Jeannette M. Conrad,
                 c/o Gonzalez, Saggio and Harlan, L.L.C.,    2 Prudential Plz, 180 N Stetson Av, 4525,
                 Chicago, IL 60601
17169792        FDIC, as Receiver for Rock River Bank,    Jeannette M. Conrad,
                 c/o Gonzalez, Saggio and Harlan, L.L.C.,    2 Prudential Plz, 180 N Stetson Av, 4525,
                 Chicago, IL 60601
17169764        FDIC-Rcvr, Peotone Bank and Trust Co.,    Jeannette M. Conrad,
                 c/o Gonzalez, Saggio and Harlan, L.L.C.,    2 Prudential Plz, 180 N Stetson Av, 4525,
                 Chicago, IL 60601
16412005       +Federal Deposit Insurance Corp,    Attn: Gregory K. Watson,    500 W. Monroe St., Ste. 3500,
                 Chicago, IL 60661-3784
16412004       +Federal Deposit Insurance Corp,    500 W. Monroe St,    Chicago, IL 60661-3671
17014741       +First National Bank of Beardstown,    1 North Side Square,    Winchester, IL 62694-1259
16412006       +First National Bank of Danville,    One Towne Centre,    Danville, IL 61832-5895
16412007        First National Bank of Gilman,    a/k/a Prospect Bank,    209 S. Cresent St.,    Gilman, IL 60938
16412008        First National Bank of Gilman,    209 S. Crescent,    Gilman, IL 60938
16760087       +First National Bank of Grant Park,    Law Offices Of Bruce A Brown,    2776 Downing Court,
                 Aurora, IL 60502-1300
16412011       +First State Bank of Winchester,    One Northside Square,    Winchester, IL 62694-1259
16412010       +First State Bank of Winchester,    nka First Nat'l Bank of Beardstown,    1 North Side Square,
                 Winchester, IL 62694-1259
16412012       +Founders Bank,    6825 W. 111th Street,    Worth, IL 60482-1800
16412013       +Founders Group, Inc.,    7103 W. 111th Street,    Worth, IL 60482-1828
16412014       +Hales Corners MRI, LLC,    1616 E. Roosevelt Road,    Suite 1,    Wheaton, IL 60187-6850
16412015       +Heartland Bank and Trust Company,    211 Fulton Street Suite 600,    Peoria,IL 61602-1350
16412016        Illinois Department of Revenue,    P.O. Box 19084,    Springfield, IL 62794-9084
16412018        Iroquois Bancorp, Inc.,    209 S. Crescent,    Gilman, IL 60938
16412022       +JW Bancorp, Inc.,    7103 W. 111th St.,    Worth, IL 60482-1828
16412019       +Jet Support Services Inc.,    180 N. Stetson,    Chicago, IL 60601-6753
16412020       +John Warner Bank,    nka State Bank of Lincoln,    508 Broadway,    Lincoln, IL 62656-2706
16412021       +John Warner Financial Corp,    301 S. Side Square,    Clinton, IL 61727-1654
16412023       +KPMG,    303 E. Wacker Drive,    Chicago, IL 60601-5212
16412024       +Las Vegas TV,    6363 S. Pecos Rd,    Suite 109,    Las Vegas, NV 89120-6291
16412025       +Legacy Bank,    15100 N. 78th Way,    Scottsdale, AZ 85260-2534
16591029       +Legacy Bank,    c/o Alisa C Lacey,etal,    1850 N Central Ave, ste 2100,    Phoenix AZ 85004-4584
16412027       +Lincolnway Community Bank,    Timothy J. Howard I Mark A. Bogdanowicz,
                 Howard & Howard Attorneys, PLLC,    211 Fulton Street, Suite 600,    Peoria, IL 61602-1350
16412029       +Lyle Campbell,    8525 Kearney Road,    Downers Grove, IL 60516-5035
16412028       +Lyle Campbell,    8525 Kerney Road,    Downers Grove, IL 60516-5035
16412030       +M&I Marshall & Ilsley Bank,    One East Camelback Road,    Phoenix, AZ 85012-1693
```

```
District/off: 0752-1          User: mgonzalez              Page 2 of 4                   Date Rcvd: Mar 16, 2016
                              Form ID: pdf006              Total Noticed: 87


17158508       +Midland States Bank,    c/o Brian P. Cummings,    Troutman Sanders, LLP,    55 West Monroe Street,
                 Suite 3000,    Chicago IL 60603-5097
17157300       +Midland States c/o Brian P. Cummings,    Troutman Sanders, LLP,    55 West Monroe Street,
                 Suite 3000,    Chicago IL 60603-5097
16412032       +Next Gen Partners, LLC,    c/o Helix AZ Investments,    4425 N. 24th St, #225,
                 Phoenix, AZ 85016-0502
16412034       +Peotone Bancorp, Inc.,    200 W. Corning,    Peotone, IL 60468-8928
16412036       +Peotone Bank and Trust,    200 W. Corning,    Peotone, IL 60468-8928
16412035       +Peotone Bank and Trust,    nka First Midwest Bank,    200 W. Corning,    Peotone, IL 60468-8928
16412037       +Phoenix Open MRI, LLC.,    1616 E. Roosevelt Road,    Suite 1,    Wheaton, IL 60187-6850
16412038       +Rialto II LLC,    2925 E. Page Ave.,    Gilbert, AZ 85234-6331
16412039       +Rock River Bancorporation, Inc.,    101 S. Fourth St.,    Oregon, IL 61061-1609
16412041       +Rock River Bank of Oregon,    101 S. Fourth St.,    Oregon, IL 61061-1609
16412040       +Rock River Bank of Oregon,    nka Harvard State Bank,    101 S. Fourth St,
                 Oregon, IL 61061-1609
16412042       +Rock Springs Medical Services, Inc.,    1616 E. Roosevelt Road,    Suite 1,
                 Wheaton, IL 60187-6850
16412043       +Scott Campbell,    10514 Williamsburg Trail,    Frankfort, IL 60423-2210
16412044       +Scott County Bancorp, Inc.,    One Northside Square,    Winchester, IL 62694-1259
16412045       +Strategic Capital Bank,    n/k/a Midland States Bank,    133 W. Jefferson,
                 Effingham, IL 62401-2344
16412047       +T.R. McDowell,    P.O. Box 31972,    Santa Fe, NM 87594-1972
16412048       +T.R. McDowell,    11 Vista de Esperanza,    Santa Fe, NM 87506-7941
16412046       +T.R. McDowell,    10375 Whitefeather Lane,    Scottsdale, AZ 85262-8903
16412049       +Terrapin Bancorp, Inc.,    151 Main St.,    Elizabeth, IL 61028-8800
16412051       +The Elizabeth State Bank,    151 Main St.,    Elizabeth, IL 61028-8800
16412050       +The Elizabeth State Bank,    a/k/a Galena State Bank,    151 N. Main Street,
                 Elizabeth, IL 61028-8800
17169798       +The Federal Deposit Insurance Corporation,    Christopher L. Muzzo, Esq.,,
                 c/o The Furnier Law Group LLC,    6725 Miami Avenue, Suite 100,    Cincinnati, Ohio 45243-3158
17169761       +The Federal Deposit Insurance Corporation,    Christopher L. Muzzo, Esq., c/o The Furn,
                 6725 Miami Avenue, Suite 100,    Cincinnati, Ohio 45243-3158
16412052       +The John Warner Bank,    301 S. Side Square,    Clinton, IL 61727-1654
16412053       +Thistlewood LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
23808753       +Timothy J. Howard,    Howard & Howard Attorneys PLLC,    211 Fulton Street,    Suite 600,
                 Peoria, IL 61602-1350
16412054        Tolleson Premier Properties, LLC,    7537 North 54th Place,    Paradise Valley, AZ 85243
16412055       +Vendor Capital Group,    4191 Fayetteville Road,    Raleigh, NC 27603-3605
16412056       +Vermilion Holdings, Inc.,    7103 W. 111th Street,    Worth, IL 60482-1828
16412058       +Versailles Oakbrook,    17 W. 720 Butterfield,    Oak Brook Terrace, IL 60181-4202
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16496811       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 17 2016 01:07:56
                 Bayview Loan Servicing LLC,    4425 Ponce Deleon Blvd 5th flr,
                 Coral Gables, Florida 33146-1837
16412009        E-mail/Text: llong@fsbank.com Mar 17 2016 01:07:04      First Security Bank,
                 Collection Dept-Gin Creek,    PO Box 1009,    Searcy, AR 72145-1009
16412017        E-mail/Text: cio.bncmail@irs.gov Mar 17 2016 01:06:14      Internal Revenue Service,
                 Department of the Treasury,    Cincinnati, OH 45999-0030
16862132        E-mail/Text: rev.bankruptcy@illinois.gov Mar 17 2016 01:06:56
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Law Firm Querrey & Harrow, Ltd
16411987      ##+Bank of America,    231 S. LaSalle St.,    Chicago, IL 60604-1435
17166696      ##+Bank of America, N.A.,    231 South Lasalle Street,    Chicago, IL 60604-1435,
                 Attn: John M. Schuessler
16411989      ##+Berry-Shino Securities, Inc.,    15100 N. 78th Way,    Scottsdale, AZ 85260-2535
16411992      ##+C@R Trups LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
16411993      ##+Campbell Capital Advisors LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
16411994      ##+Campbell Capital Management LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
16411999      ##+Denmark Ventures LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
16412026      ##+Legacy Integrity Group, Inc.,    15100 N. 78th Way,    Scottsdale, AZ 85260-2535
16412031      ##+Nancy Campbell,    10281 E. Happy Valley Rd,    Scottsdale, AZ 85255-2326
16412033      ##+Opar LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
16412057      ##+Vermilion Riverfront LLC,    15684 E. 2200 North Road,    Danville, IL 61834-5374
                                                                                           TOTALS: 1, * 0, ## 11

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: mgonzalez              Page 3 of 4             Date Rcvd: Mar 16, 2016
                               Form ID: pdf006              Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2016 at the address(es) listed below:

              Brian P Cummings    on behalf of Creditor    Midland States Bank brian.cummings@troutmansanders.com
              Bruce A Brown    on behalf of Creditor    First National Bank of Grant Park bbrown@bablegal.com
              Christopher L Muzzo    on behalf of Creditor    FDIC as Receiver for John Warner Bank
               cmuzzo@furnierlaw.com
              Christopher L Muzzo    on behalf of Creditor    FDIC as Receiver for Elizabeth State Bank
               cmuzzo@furnierlaw.com
              Christopher L Muzzo    on behalf of Creditor    FDIC as Receiver for Rock River Bank
               cmuzzo@furnierlaw.com
              Christopher L Muzzo    on behalf of Creditor    FDIC as Receiver for Founders Bank
               cmuzzo@furnierlaw.com
              Christopher L Muzzo    on behalf of Creditor    FDIC as Receiver for First State Bank of Winchester
               cmuzzo@furnierlaw.com
              Christopher L Muzzo    on behalf of Creditor    FDIC as Receiver for The First National Bank of
               Danville cmuzzo@furnierlaw.com
              Christopher L Muzzo    on behalf of Creditor    FDIC as Receiver for Legacy Bank
               cmuzzo@furnierlaw.com
              Christopher L Muzzo    on behalf of Creditor    FDIC as Receiver for Peotone Bank and Trust
               cmuzzo@furnierlaw.com
              Christopher M Brown    on behalf of Creditor    CENLAR Central Loan Admin & Reporting
               northerndistrict@atty-pierce.com, Christopher.brown@pierceservices.com
              Dana N O'Brien    on behalf of Creditor    Cenlar FSB/CENLAR Central Loan Admin & Reporting
               dana.obrien@pierceservices.com,
               northerndistrict@atty-pierce.com;veronica.frausto@pierceservices.com
              David R Doyle    on behalf of Defendant Craig Lyle Campbell ddoyle@shawfishman.com,
               kjanecki@shawfishman.com
              David R Doyle    on behalf of Defendant Kim Ann Webster-Campbell ddoyle@shawfishman.com,
               kjanecki@shawfishman.com
              Dean J Tatooles    on behalf of Creditor    Banterra Bank dtatooles@lgattorneys.com
              Douglas C. Giese    on behalf of Creditor    LincolnWay Community Bank dgiese@querrey.com,
               dcgiese@hotmail.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Faiq Mihlar    on behalf of Creditor    Bayview Loan Servicing, LLC bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Heather M Giannino    on behalf of Creditor    Bayview Loan Servicing, LLC bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Jeannette M Conrad    on behalf of Creditor    FDIC as Receiver for Peotone Bank and Trust
               jmconradlaw@aol.com
              Jeannette M Conrad    on behalf of Creditor    FDIC as Receiver for First State Bank of Winchester
               jmconradlaw@aol.com
              Jeannette M Conrad    on behalf of Creditor    FDIC as Receiver for Rock River Bank
               jmconradlaw@aol.com
              Jeannette M Conrad    on behalf of Creditor    FDIC as Receiver for Elizabeth State Bank
               jmconradlaw@aol.com
              Jeannette M Conrad    on behalf of Creditor    FDIC as Receiver for John Warner Bank
               jmconradlaw@aol.com
              Jeannette M Conrad    on behalf of Creditor    FDIC as Receiver for Legacy Bank jmconradlaw@aol.com
              Jeannette M Conrad    on behalf of Creditor    FDIC as Receiver for The First National Bank of
               Danville jmconradlaw@aol.com
              Jeannette M Conrad    on behalf of Creditor    FDIC as Receiver for Founders Bank
               jmconradlaw@aol.com
              Jennifer Simutis    on behalf of Creditor    Prospect Bank jennifersimutis@earthlink.net
              John M Brom    on behalf of Debtor 1 Craig Lyle Campbell jbrom@querrey.com,
               cdicaro@querrey.com;jalonso@querrey.com
              John M Brom    on behalf of Debtor 2 Kim Ann Webster-Campbell jbrom@querrey.com,
               cdicaro@querrey.com;jalonso@querrey.com
              Joshua M Grenard    on behalf of Creditor    Bank of America, N.A. jgrenard@mayerbrown.com,
               courtnotification@mayerbrown.com

```
District/off: 0752-1          User: mgonzalez           Page 4 of 4            Date Rcvd: Mar 16, 2016
                              Form ID: pdf006           Total Noticed: 87
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Kathleen M. McGuire   on behalf of Spec. Counsel Carleen L Cignetto kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
          Kathleen M. McGuire   on behalf of Attorney    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
          Kathleen M. McGuire   on behalf of Plaintiff David E Grochocinski kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald  Barliant    on behalf of Defendant Craig Lyle Campbell ronald.barliant@goldbergkohn.com,
           kristina.bunker@goldbergkohn.com
          Ronald  Barliant    on behalf of Defendant Kim Ann Webster-Campbell
           ronald.barliant@goldbergkohn.com,  kristina.bunker@goldbergkohn.com
          Stanley F. Orszula    on behalf of Creditor    FDIC as Receiver for John Warner Bank sfo@quarles.com
          Stanley F. Orszula    on behalf of Creditor    FDIC as Receiver for Rock River Bank sfo@quarles.com
          Stanley F. Orszula    on behalf of Creditor    FDIC as Receiver for Legacy Bank sfo@quarles.com
          Stanley F. Orszula    on behalf of Creditor    FDIC as Receiver for First State Bank of Winchester
           sfo@quarles.com
          Stanley F. Orszula    on behalf of Creditor    FDIC as Receiver for Peotone Bank and Trust
           sfo@quarles.com
          Stanley F. Orszula    on behalf of Creditor    FDIC as Receiver for Elizabeth State Bank
           sfo@quarles.com
          Steve  Jakubowski    on behalf of Plaintiff    First Security Bank sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steve  Jakubowski    on behalf of Creditor    First Security Bank sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steven B Towbin    on behalf of Defendant Kim Ann Webster-Campbell stowbin@shawfishman.com
          Steven B Towbin    on behalf of Defendant Craig Lyle Campbell stowbin@shawfishman.com
          Timothy J. Howard    on behalf of Creditor    Heartland Bank and Trust Company
           thoward@howardandhoward.com,  psepich@howardandhoward.com
          Tyler Steven Mertes    on behalf of Creditor    Midland States Bank
           tyler.mertes@troutmansanders.com,  cynthia.duran@troutmansanders.com
                                                                                             TOTAL: 50
```