UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 10-50562
Craig & Kim Campbell,  )
 )  Chapter: 7
 )
 )  Honorable Donald R. Cassling
 )
 )  Kane
Debtor(s)  )

**Order Awarding Final Compensation to Trustee's Accountants**

     This matter coming to be heard on the First and Final Application of Alan D. Lasko & Associates, P.C., for Allowance of Compensation and Expenses; due and proper notice having been given; and the Court being duly advised in the premises:

  IT IS HEREBY ORDERED that Alan D. Lasko & Associates, P.C. is awarded final compensation in the amount of $6,461.70 and reimbursement of expenses in the amount of $69.99 as accountants to the trustee;

   IT IS FURTHER ORDERED that Elizabeth C. Berg, Successor Trustee is authorized to pay the amounts awarded above from the funds on hand in this case as part of her final distribution.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: April 08, 2016

**Prepared by:**

Elizabeth C. Berg
Attorney I.D. No. 6200886
20 N. Clark St.   Suite 200
Chicago, IL  60602
(312) 726-8150