UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  10-50562 |
| Craig & Kim Campbell, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### Order Awarding Final Fees and Expenses to Successor Trustee's Attorneys

This matter coming to be heard on the First and Final Application of Baldi Berg, Ltd. for Compensation and Expense Reimbursement, as attorneys for Successor Trustee; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Baldi, Berg , Ltd., as Successor Trustee's Attorneys, are awarded final compensation and expense reimbursement as follows:
Compensation:  $5,827.00
Expense Reimbursement:  $3.54

IT IS FURTHER ORDERED that Elizabeth C. Berg, Successor Trustee is authorized to pay the above amounts awarded to Baldi Berg Ltd. from the funds on hand in the Estate as part of the Successor Trustee's final distribution in this case.

Enter:

Honorable William V. Altenberger

United States Bankruptcy Judge

Dated:  April 08, 2016

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
20 N. Clark St.   Suite 200
Chicago, IL  60602
(312) 726-8150